UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
LIVINGSTON WALKER and LINDA WALKER,

          **CV-07 7089 (PKL)**

      Plaintiff,
  -against-        **NOTICE OF APPEARANCE**

LC MAIN, LLC, ROGER & SONS CONCRETE, INC. **Honorable Judge Peter K. Leisure**
and "JOHN DOE" (name is fictitious and intended to be
an employee of ROGER & SONS CONCRETE, INC.),

      Defendants.
_____X

CLERK OF THE COURT:

 Enter my appearance as counsel for defendants LC MAIN, LLC, ROGER & SONS CONCRETE, INC.

 I certify that I am admitted to practice in this court.

Dated: White Plains, New York
   August 30, 2007

              /s/ I. Paul Howansky
              _____
              I. PAUL HOWANSKY, ESQ. (7250)
              HARRINGTON OCKO & MONK, LLP
              *Attorneys for Defendant*
              *LC MAIN, LLC, ROGER & SONS*
              *CONCRETE, INC.*
              81 Main Street, Ste. 215
              White Plains, NY 10601
              (914) 686-4800
              Fax (914) 686-4824
              Email: phowansky@homlegal.com