SHERIFF'S CERTIFICATE OF SERVICE (C.P.L.R. 306)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**LIVINGSTON WALKER**                                              Plaintiff/Petitioner

- *against-*

**LC MAIN LLC**                                                    Defendant/Respondent

---

I, Thomas Belfiore, Commissioner-Sheriff of the County of Westchester, New York do hereby certify that on the 8/29/2007 at 11:55AM service was effected of the annexed SUMMONS AND COMPLAINT in the above entitled action or proceeding by my undersigned Police Officer THOMAS WHITING, upon LC MAIN LLC the corporation named therein as defendant by personally serving LYNN GORSLINE, AGENT, authorized to accept, in said action or proceeding at 115 STEVENS AVENUE VALHALLA, NY 10595.

LYNN GORSLINE Description:

Approximate Age: 45/50         Sex: FEMALE
Approximate Weight: 150        Height: 5'7"
Color of Skin: WHITE           Hair: BROWN

Date: August 29, 2007

*[signature]* #142
Police Officer THOMAS WHITING

*[signature]*
THOMAS BELFIORE
Commissioner-Sheriff
Westchester County