SEP.10.2007  12:34PM    BAILLY AND MCMILLAN



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LIVINGSTON WALKER and LINDA WALKER,         CV-07 7089 (PKL)

                Plaintiff,                              STIPULATION

    -against-

LC MAIN, LLC, ROGER & SONS CONCRETE, INC. and
"JOHN DOE" (name is fictitious and intended to be an employee
of ROGER & SONS CONCRETE, INC.),

                Defendants.
------------------------------------------------------------X

    WHEREAS, Plaintiff filed the Complaint in the above-captioned matter on or about August 9, 2007.

    WHEREAS, the original date for Defendants LC MAIN, LLC, ROGER & SONS CONCRETE, INC., to respond to the Complaint is September 8, 2007.

    WHEREAS, this is the first request by Defendants LC MAIN, LLC, ROGER & SONS CONCRETE, INC., to this Court for an extension of time to respond to Complaint.

    WHEREAS, this Stipulation is without prejudice to all other claims, defenses, and procedural rights of the parties except as expressly set forth herein.

    IT IS HEREBY STIPULATED AND AGREED by the above named parties, through their respective attorneys, that the time for LC MAIN, LLC, ROGER & SONS CONCRETE, INC., to appear and answer, or to make any motion with relation to the

SEP-10-2007  14:59              9146849109              99%              P.02

SEP.10.2007 12:34PM    BAILLY AND MCMILLAN,NK                          NO.696    P.3
                                                                                    P.03

Complaint in this action, be and the same hereby is extended through and including the 8th day of October, 2007.

| HARRINGTON, OCKO & MONK, LLP | BAILLY & McMILLAN, LLP |
|---|---|
| By: *[signature]* | By: *[signature]* |
| I. Paul Howansky (7250) | John J. Bailly (4082) |
| Attorneys for Defendants, | Attorneys for Plaintiffs, |
| LC MAIN, LLC, ROGER & SONS CONCRETE, INC. | LIVINGSTON WALKER AND LINDA WALKER |
| 81 Main Street, Suite 215 | 244 Westchester Avenue, Ste. 410 |
| White Plains, NY 10601 | White Plains, NY 10604 |
| (914) 686-4800 | (914) 684-9100 |
| Fax: (914) 686-4824 | Fax: (914) 684-9108 |
| Dated: White Plains, New York | Dated: White Plains, New York |
| August 31, 2007 | August 31, 2007 |

SO ORDERED:

*[signature]*

HON. PETER K. LEISURE
United States District Judge

10/3/07

SEP-10-2007  15:00         9146849108              98%         TOTAL P.03
                                                                  P.03