UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
LIVINGSTON WALKER and LINDA WALKER,

                Plaintiff,

-against-

LC MAIN, LLC, ROGER & SONS CONCRETE, INC.
and "JOHN DOE" (name is fictitious and intended to be
an employee of ROGER & SONS CONCRETE, INC.),

                Defendants.
_____X

CV-07 7089 (PKL)

**RULE 7.1 STATMENT**

Honorable Judge Peter K. Leisure

Pursuant to Rule 7.1 Statement of the Federal Rules of Civil Procedure and solely to enable District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants LC MAIN, LLC, ROGER & SONS CONCRETE, INC , certifies that the responding defendants have no corporate parents, affiliates and/or subsidiaries and are not publicly held corporations.

Dated: White Plains, New York
       October 5, 2007

                                            /s/ I. Paul Howansky
                                            _____
                                            I. PAUL HOWANSKY, ESQ. [IH-7250]
                                            HARRINGTON OCKO & MONK, LLP
                                            *Attorneys for Defendants*
                                            *LC MAIN, LLC and ROGER & SONS*
                                            *CONCRETE, INC.*
                                            81 Main Street, Ste. 215
                                            White Plains, NY 10601
                                            (914) 686-4800
                                            Fax (914) 686-4824
                                            Email: phowansky@homlegal.com

TO:    JOHN J. BAILLY, ESQ.
        BAILLY and McMILLAN, LLP
        Attorneys for Plaintiffs
        244 Westchester Avenue, Suite 410
        White Plains, New York 10604
        (914) 684-9100