UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
LIVINGSTON WALKER and LINDA WALKER,

                        Plaintiff,

    -against-

LC MAIN, LLC, ROGER & SONS CONCRETE, INC.
and "JOHN DOE" (name is fictitious and intended to be
an employee of ROGER & SONS CONCRETE, INC.),

                        Defendants.
----------------------------------------X

CV-07 7089 (PKL)

**Honorable Judge Peter K. Leisure**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing Verified Answer and Verification were sent via United States Postal Service First Class Mail to

JOHN J. BAILLY, ESQ.
BAILLY and McMILLAN, LLP
Attorneys for Plaintiffs
244 Westchester Avenue, Suite 410
White Plains, New York 10604

This 5th day of October, 2007

Dated: White Plains, New York
        October 5, 2007

                                              /s/ I. Paul Howansky
                                              _____
                                              I. PAUL HOWANSKY, ESQ. [IH-7250]