```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
LIVINGSTON WALKER and LINDA WALKER,      07 CV 7089

                Plaintiffs,
                                         RULE 26 DISCLOSURE
        -against-
                                         Hon. Peter K. Leisure
LC MAIN, LLC, ROGER & SONS CONCRETE,
INC. and "JOHN DOE" (name is fictitious
and intended to be an employee of ROGER
& SONS CONCRETE, INC.)

                Defendants.
------------------------------------X
```

Plaintiffs, LIVINGSTON WALKER and LINDA WALKER, by their attorneys Bailly and McMillan, LLP, make these initial disclosures as required by the Federal Rules of Civil Procedure 26(a)(1) and (2):

A. **PERSONS WITH KNOWLEDGE OF RELEVANT FACTS:**

The following are individuals likely to have discoverable information of relevant facts concerning the liability and damages in this action:

1. Livingston Walker;
2. Linda Walker;
3. Gladys Cardenas, M.D.;
4. East Coast Pain Management;
5. Rye Radiology Associates, LLP;
6. Westchester Medical Center; and
7. "JOHN DOE" (an employee of Defendant ROGER & SONS CONCRETE, INC. who was operating the concrete buggy

1

which struck Plaintiff).

B.  **RELEVANT DOCUMENTS AND TANGIBLE ITEMS:**

1.  Photographs of the accident site, the concrete buggy that struck Plaintiff and photographs of Plaintiff's injuries are annexed hereto.

2.  Records from RS Medical are annexed hereto.

3.  Medical records, prescriptions and an authorization for Gladys E. Cardenas, M.D. and East Coast Pain Management, P.C. are annexed hereto.

4.  Medical records and an authorization for Rye Radiology Associates, LLP are annexed hereto.

5.  Medical records and an authorization for Westchester Medical Center are annexed hereto.

6.  An authorization for Kenneth E. Fox, M.D. is annexed hereto.

C.  **INFORMATION RELATED TO THE CALCULATION OF DAMAGES:**
See Response B.

2

2A. **EXPERT:**

Plaintiff may call any of the doctors whose reports and/or records are served by the Plaintiff as expert witnesses at the time of trial. They will testify to the facts and opinions contained in their reports, and the grounds for their opinions are contained in their reports. They will testify that the accident was a substantial contributing cause of the injuries sustained. They will be expected to testify that the injuries will be permanent. Upon retention of any additional expert witnesses, counsel will be notified accordingly.

Dated:  White Plains, New York
        November 14, 2007

                              Respectfully submitted,

                          By: _____
                              John J. Bailly, Esq. (4082)
                              BAILLY and McMILLAN, LLP
                              Attorneys for Plaintiffs
                              LIVINGSTON WALKER and LINDA WALKER
                              244 Westchester Avenue
                              Suite 410
                              White Plains, New York 10604
                              (914) 684-9100

3

```
To:  I. Paul Howansky, Esq.
     HARRINGTON, OCKO & MONK, LLP
     Attorneys for Defendants
     LC MAIN, LLC and ROGER & SONS CONCRETE, INC.
     81 Main Street, Suite 215
     White Plains, New York 10601
     (914) 686-4800
```