## AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA

| Patient Name - Livingston Walker | Date of Birth – August 21, 1958 | Social Security Number- 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 |
|---|---|---|

| Patient Address-    184 Primrose Avenue Bridgeport, CT 06606 |
|---|

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form: In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT, except psychotherapy notes, and CONFIDENTIAL HIV* RELATED INFORMATION only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from re-disclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9(b).

7. Name and address of health provider or entity to release this information:
*East Coast Pain Management, P.C., 200 South Ridge Street, Rye Brook, NY 10573*

8. Name and address of person(s) or category of person to whom this information will be sent:
*Harrington, Ocko & Monk, LLP, 81 Main Street, White Plains, NY 10607*

9(a). Specific information to be released:
- ☐ Medical Record from (insert date)_____ to (insert date)_____
- ☐ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.
- ☐ Other:_____                    Include (indicate by Initialing)

_____                    _____Alcohol/Drug Treatment
                                             _____Mental Health Information
                                             _____HIV-Related Information

Authorization to Discuss Health Information

(b)  ☐ By initialing here_____ I authorize _____
              Initials                           Name of individual health care provider
     To discuss my health information with my attorney, or a governmental agency, listed here:

_____
              (Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information:<br>☐ At request of the individual.<br>☐ Other: | 11. Date or event on which this authorization will expire:<br>**This authorization will expire two (2) years from the date of execution.** |
|---|---|
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of this form.                                    Sworn to before me this ___ Day of April, 2007

_Livingston J. Walker_                                    _____
Signature of patient or representative Livingston Walker                      Notary Public
April ____, 2007

* Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

JOHN J. BAILLY
Notary Public, State of New York
No 4835947
Qualified in Westchester County
Commission Expires November 30, 20___

AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA

| Patient Name - Livingston Walker | Date of Birth - August 21, 1958 | Social Security Number- 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 |
|---|---|---|

**Patient Address-** 184 Primrose Avenue Bridgeport, CT 06606

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form: In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT, except psychotherapy notes, and CONFIDENTIAL HIV* RELATED INFORMATION only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from re-disclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9(b).**

7. Name and address of health provider or entity to release this information:

*Westchester Medical Center*

8. Name and address of person(s) or category of person to whom this information will be sent:

*Harrington, Ocko & Monk, LLP, 81 Main Street, White Plains, NY 10601*

9(a). Specific information to be released:
- ☐ Medical Record from (insert date)_____ to (insert date)_____
- ☐ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.
- ☐ Other:_____    Include (indicate by Initialing)

_____ Alcohol/Drug Treatment
_____ Mental Health Information
_____ HIV-Related Information

Authorization to Discuss Health Information

(b) ☐ By initialing here_____ I authorize_____
    Initials                    Name of individual health care provider
    To discuss my health information with my attorney, or a governmental agency, listed here:

_____
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information:<br>☐ **At request of the individual.**<br>☐ Other: | 11. Date or event on which this authorization will expire:<br>**This authorization will expire two (2) years from the date of execution.** |
|---|---|
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of this form.                                                    Sworn to before me this 24 Day of April, 2007

*Livingston Walker*
Signature of patient or representative **Livingston Walker**
April ____, 2007                                                    Notary Public

* Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

JOHN J. BAILLY
Notary Public, State of New York
No. 4835947
Qualified in Westchester County
Commission Expires November 30, 20__

## AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA

| Patient Name - Livingston Walker | Date of Birth – August 21, 1958 | Social Security Number- 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 |
|---|---|---|

**Patient Address-    184 Primrose Avenue Bridgeport, CT 06606**

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form: In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT, except psychotherapy notes, and CONFIDENTIAL HIV* RELATED INFORMATION only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from re-disclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9(b).

7. Name and address of health provider or entity to release this information:
*Rye Radiology Associates, LLP, 30 Ridge Plaza, Rye Brook, NY 10573*

8. Name and address of person(s) or category of person to whom this information will be sent:
*Harrington, Ocko & Monk, LLP, 81 Main Street, White Plains, NY 10601*

9(a) Specific information to be released:
- ☐ Medical Record from (insert date)_____ to (insert date)_____
- ☐ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.
- ☐ Other:_____    Include (indicate by Initialing)

_____

_____Alcohol/Drug Treatment
_____Mental Health Information
_____HIV-Related Information

Authorization to Discuss Health Information

(b) ☐ By initialing here_____ I authorize_____
                Initials                            Name of individual health care provider
To discuss my health information with my attorney, or a governmental agency, listed here:

_____
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information:<br>☐ **At request of the individual.**<br>☐ Other: | 11. Date or event on which this authorization will expire:<br>**This authorization will expire two (2) years from the date of execution.** |
|---|---|
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of this form.                                                                 Sworn to before me this ___ Day of April, 2007

_____
Signature of patient or representative Livingston Walker                         _____
April ____, 2007                                                                                  Notary Public

* Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

JOHN J. BAILLY
Notary Public, State of New York
No. 4855947
Qualified in Westchester County
Commission Expires November 30, 20__

### AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA

| Patient Name – Livingston Walker | Date of Birth – August 21, 1958 | Social Security Number– 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 |
|---|---|---|

Patient Address-     184 Primrose Avenue Bridgeport, CT 06606

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form: In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT, except psychotherapy notes, and CONFIDENTIAL HIV* RELATED INFORMATION only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from re-disclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9(b).

7. Name and address of health provider or entity to release this information:
*Kenneth E. Fox, M.D., 104 East 40th Street, Suite 803, New York, NY 10016*

8. Name and address of person(s) or category of person to whom this information will be sent:
*Harrington, Ocko & Monk, LLP, 81 Main Street, White Plains, NY 10601*

9(a). Specific information to be released:
☐ Medical Record from (insert date)_____ to (insert date)_____
☐ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.
☐ Other:_____     Include (indicate by Initialing)
_____

_____Alcohol/Drug Treatment
_____Mental Health Information
_____HIV-Related Information

Authorization to Discuss Health Information

(b)  ☐ By initialing here_____ I authorize_____
               Initials                                    Name of individual health care provider
     To discuss my health information with my attorney, or a governmental agency, listed here:
     _____
                    (Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information: ☐ **At request of the individual.** ☐ Other: | 11. Date or event on which this authorization will expire: **This authorization will expire two (2) years from the date of execution.** |
|---|---|
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of this form.
Sworn to before me this 24 Day of April, 2007

_Livingston J. Walker_
Signature of patient or representative **Livingston Walker**
April ____, 2007

_____
Notary Public

\* Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

JOHN J. BAILLY
Notary Public, State of New York
No. 4805947
Qualified in Westchester County
Commission Expires November 30, 20__









**RS Medical**    The Premier Electrotherapy Provider

Feb 1,2007

Walker Livingston
70 Pearl St
Port Chester, NY 10573-4611

Dear Walker,

Thank you for allowing RS Medical to participate in your health care. Your provider, Dr. Rudnick, has prescribed you a RS-LSO Spinal Orthosis for home therapy and we are pleased to provide it to you.

RS Medical's local representative, Nick Paparella, can assist you with questions you may have about the use of the RS-LSO Spinal Orthosis. Nick's phone number is 800-929-6766.

Our billing representative, Teri Price, can answer any billing or insurance questions you may have. Teri can be reached at 800-929-6867, please call at any time.

Sincerely,


Ashley Valdez
Sales Operations
866-775-0701

*RS Medical*  Advancing electrotherapy to relieve pain and improve function

March 28, 2007                                                    Account # 783063

Walker Livingston
70 Pearl St

Port Chester, NY 10573-4611

Dear Walker,

You are now receiving 2-inch square pads for use with your RS-LB Low Back Garment. RS Medical is discontinuing distribution of 3.5-inch pads. There are several reasons for this change:

**Same high quality**  The two-inch squares are made to the same standards as the larger pads, delivering the same high quality and therapeutic value.

**Great comfort**  The 2-inch squares are made from the same design and materials as the 3.5-inch pads, so their comfort characteristics are virtually identical. Many RS Medical customers have successfully used the 2-inch pads for years.

**Better fit**  Two-inch square pads fit better. Because they are smaller, they are more pliable. Greater flexibility means the two-inch pads "wear" better. Users say handling smaller pads is easier, too.

**Improved Battery Life**  The larger 3.5-inch pads generally require higher intensities to deliver the same level of stimulation as the smaller 2-inch pads. Using smaller pads will enable patients to reduce intensity levels during treatments, allowing longer treatments that deliver more therapy.

So why is RS Medical switching to two-inch square pads? To provide you with better fitting, comfortable, high quality, easier-to-use pads.

If you have a question, please call Customer Service at 1-800-935-7763, Monday-Saturday.

F88 A 1-31-07

**RS Medical** *Advancing electrotherapy to relieve pain and improve function*
14001 SE 1st Street • Vancouver, WA 98684
360-892-0339 • FAX 360-896-2566

April 5, 2007                                             Acct#: 783063

Walker  Livingston
70 Pearl St

Port Chester, NY 10573-4611

Dear  Walker:

Our office received a prescription from your physician for the indefinite use of our unit. We will be making contact with the primary payer (typically your insurance provider) on file for your account and reviewing the purchase options instead of indefinite monthly rentals.

To aid in this process, *if your device is so equipped*, please remove the data card from its slot at the top of your unit and return it to our office, unless you have already done so.

*If you are not sure if your device is equipped with a data card, please contact us so we may assist you.*

If you have any questions or concerns please do not hesitate to call us at the number listed below.

Sincerely,

Lisa Lown
Benefit Verification Specialist
(800)446-6954

purreq. 1918

# EAST COAST PAIN MANAGEMENT, P.C.

1207 ROUTE 9, SUITE 4
WAPPINGERS FALLS NY 12590
(845) 297-3200

354 DOWNING DRIVE
YORKTOWN HEIGHTS, NY 10598
(914) 248-1612

200 SOUTH RIDGE STREET
RYE BROOK NY 10573
(914) 939-9248

## EVALUATION AND MANAGEMENT REPORT
### WC NF & P. Injury

PATIENT: _Walker, Livingston (WC)_    DATE: _3/5/07_

Reason for this Evaluation:    ☐ Emergency Visit.    ☐ Visit at patient's request.

☐ Scheduled visit after Initial Evaluation to review progress and Plan.    ☒ Other, see Subjective.

**SUBJECTIVE,** patients concerns and or complaints:

Pt here c/ MRI of LS
test done 2-28-07

**OBJECTIVE,** Physical findings (if unchanged, state date) and work up results:

BP: 150/85    HR: 72    RR: 15

Findings: DDD L5 S1
bulge L4-5 + L5 S1
Flavum hypertrophy L4→S1

**ASSESSMENT** or diagnostic impression:
☐ See Diagnosis and therapy orders sheet

Findings dis cussed w/ pt
waiting approval for further
eval w/ EMG + plan

**IF THIS IS A NEW CONDITION,** MUST INDICATE IF IT IS:    ☐CONSEQUENTIAL    or    ☐UNRELATED TO ACCIDENT    ☐N/A
In case of Consequential Injury must explain mechanism:    Tx based on results

Expected treatment and work-up for this Consequential injury: Therapy_____ times/week x_____ weeks.
Workup:

**PLAN:** See plan page attached.

3. Has MMI been reached?  ☐Yes  ☒No
7. Is CURRENTLY Working?  ☒Yes  ☐No
8. Disabled for regular work duties? ☒Yes  ☐No
    Disability Is:  ☐Total  ☐Partial
Partial, Work Restrictions  lift/carry/pull/push > ✓

9. Impairment %:
ONLY After MMI has been reached: (if 3=YES)
10. Can patient do any type of work?  ☐Yes  ☐No
Describe Work Capacity per US-DOT:  ☐Sedentary
☐Light  ☐Medium  ☐Heavy  ☐Very Heavy

GLADYS CARDENAS, M.D.

PHYSICIANS NAME and SIGNATURE _____

FORM 110-1 2/3/2003



**OFFICIAL NEW YORK STATE PRESCRIPTION**

GLADYS E CARDENAS MD
200 SOUTH RIDGE STREET
RYE BROOK, NY 10573
(914) 939-9248
LIC: 1B9011

PRACTITIONER DEA NUMBER
BC 3338539

Patient Name  Walker, Livingston   Date  1/29/07
Address
City _____ State _____ Zip _____ Age _____ Sex ☒ M ☐ F

MRI
R/o HNP

Prescriber Signature X
THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'DAW' IN BOX BELOW
REFILLS ☐ None  Refills:
PHARMACIST
TEST AREA
Dispense As Written

0FYG8B 59

---

**OFFICIAL NEW YORK STATE PRESCRIPTION**

GLADYS E CARDENAS MD
200 SOUTH RIDGE STREET
RYE BROOK, NY 10573
(914) 939-9248
LIC: 1B9011

PRACTITIONER DEA NUMBER
BC 3338539

Patient Name  Walker, Livingston   Date  1/29/07
Address
City _____ State _____ Zip _____ Age _____ Sex ☒ M ☐ F

Rx
X ray
LS w/ob

Prescriber Signature X
THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'DAW' IN BOX BELOW
REFILLS ☐ None  Refills:
PHARMACIST
TEST AREA
Dispense As Written

0FYG8B 58

---

SW CNYRxPadAV117774  P Pad 6 of 10 5/20/2006  N

**OFFICIAL NEW YORK STATE PRESCRIPTION**

GLADYS E CARDENAS MD
200 SOUTH RIDGE STREET
RYE BROOK, NY 10573
(914) 939-9248
LIC: 1B9011

PRACTITIONER DEA NUMBER
BC 333

Patient Name  Walker, Livingston   Date  1/29/07
Address
City _____ State _____ Zip _____ Age _____ Sex ☒ M ☐ F

Rx
Relafen 750
1 tab po BID
for pain   # 60

Prescriber Signature X
THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'DAW' IN BOX BELOW
REFILLS ☐ None  Refills:
PHARMACIST
Dispense As Written

0FYG8B 57



SW CNYRxPad#M16B002 P Pad 4 of 10 1/11/2007 N

## OFFICIAL NEW YORK STATE PRESCRIPTION

GLADYS E CARDENAS MD
200 SOUTH RIDGE STREET
RYE BROOK, NY. 10573
(914) 939-9248
LIC. 189011

PRACTITIONER DEA NUMBER

Patient Name _Walker Livingston_    Date

Address

City         State    Zip    Age    Sex: M F

Rx

Prescriber Signature X

MAXIMUM DAILY DOSE

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'daw' IN BOX BELOW

REFILLS    None Refills

PHARMACIST TEST AREA

Dispense As Written

0GQSG3 73

SW CNYRxPad#JV188002 P Pad 8 of 10 1/11/2007 N

# OFFICIAL NEW YORK STATE PRESCRIPTION

GLADYS E CARDENAS MD
200 SOUTH RIDGE STREET
RYE BROOK, NY. 10573
(914) 939-9248
LIC. 189011

PRACTITIONER DEA NUMBER

BC 333 6539

Patient Name Walter Livingston Date 4/2/07

Address

City _____ State ___ Zip ___ Age ___ Sex: X M F

Rx

Flexeril 5mg
5 tab Po qHS
#30

MAXIMUM DAILY DOSE
(controlled substances only)

Prescriber Signature X

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'daw' IN BOX BELOW

0GQSG7 77

REFILLS [ ] None
Refills: ___

PHARMACIST
TEST AREA 1

Dispense As Written

| CLINICAL CASE SUMMARY | AGE 51 | TODAY'S DATE: 1/8/07 |
|---|---|---|

| NAME: Walker, Livingston | WC | NF | MC | INS | OP | IV: 1/8/07 |
|---|---|---|---|---|---|---|

| DX: LBP | DOA: |
|---|---|
| | OTHER DX: |

| X-RAY: | X-RAY: |
|---|---|
| X-RAY: | X-RAY: |
| MRI: LS 3/07 bulges + deg ∆'S | MRI: |
| MRI: | MRI: |
| EMG: | NERVE BLOCKS: |
| EMG: | NERVE BLOCKS: |
| JOINT INJ: | JOINT INJ: |
| OTHER: | OTHER: |

| PAST MEDICAL HISTORY: HTN | PAST SURGICAL HISTORY: (-) | GENERAL MEDICATION: (-) |
|---|---|---|

| PAIN/OUR MEDS: Percocet Rx'd by Dr Fox, he takes once in a very while. | NOTES: |
|---|---|

DISABILITY:   INITIAL  TOTAL  PARTIAL

CHANGES:

East Coast Pain Management, P.C.

## PRESCRIPTION TRACKING SHEET

RYE

Patient: _Walker Livingston_    DOB: _____

Allergies – Drug Reactions: _____    PAGE NUMBER: _____

Patient Home Phone: _____    Work Phone: _____

| TODAY'S VISIT | MEDICATION/STRENGTH/DIRECTION/REFILLS | ORDERING PHYSICIAN | NAME OF PHARMACY & PHONE NUMBER | INTIAL |
|---|---|---|---|---|
| 8/07 | Percocet 7.5 / 500 mg   #80 | Dr. Fox | | A.V. |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

EAST COAST PAIN MANAGEMENT P.C.
PAIN DIAGRAM Page 2 of 2

NAME _____ Livington Walker _____

ON THE DIAGRAM BELOW, SHADE THE AREA(S) WHERE YOU FEEL <u>NUMBNESS OR TINGLING</u>.
MARK WITH AN "X" WHERE NUMBNESS AND TINGLING FEEL WORSE.



REVIEWING PHYSICIAN's SIGNATURE _____ Dr Kenneth Fox _____

GLADYS CARDENAS, M.D.

Form 107 PAIN DIAGRAM PAGE 2 OF 2 Revised 2/13/2006

EAST COAST PAIN MANAGEMENT P.C.                    DATE: 11/8/07
PAIN DIAGRAM Page 1of 2

NAME ___Walker Livingston_____

ON THE DIAGRAM BELOW, SHADE THE AREA(S) WHERE YOU FEEL PAIN.
MARK WITH AN "X" THE AREAS THAT HURT THE MOST.



Circle the words that describe your pain.

Aching                    Sharp                         Penetrating
Throbbing                 Tender                        Nagging
Shooting                  Burning                       Numb
Stabbing                  Exhausting                    Miserable
Gnawing                   Tiring                        Unbearable
Intermittent              Continuous

REVIEWING PHYSICIAN's SIGNATURE ___Dr Kenneth Fox.___

GLADYS CARDENAS, M.D.

Form 107 PAIN DIAGRAM PAGE 1 OF 2 Revised 2/13/2006

INTAKE NF WC PI:

NAME _____ (Walter Livingston (wc) _____ DATE 1/8/07 _____

**PLEASE ANSWER ALL QUESTIONS 1-25:**    1. Your age? 51    2. Date of the accident? 4/14/06

3. **DESCRIBE HOW THE ACCIDENT OCCURRED:**

4. Did you go to the ER after the accident? (Yes)  N o, did you go by AMBULANCE? (Yes)  No

5. Which HOSPITAL? WESTCHESTER. MEDICAL CENTER, were X-Rays taken in the ER? (Yes)  No

6. Which body parts were injured? _____

7. Did this accident happen DURING WORK HOURS?  ☑Yes  ☐No

8. As a result of this accident, have you been in significant pain for SIX months or more?  ☐ YES  ☑NO

If **NO**, continue w/question ▶ 9.    If **YES**, skip to question ▲14 **and complete the PAIN INTAKE**

▶ 9. Have you seen other doctors **FOR THIS SAME PROBLEM?** ☐Yes  ☑No

Dr's name: _____ Last visit date _____
Dr's name: _____ Last visit date _____

10. Have you had Physical Therapy **FOR THIS PROBLEM?** ☐Yes  ☑No    11. Last day of therapy _____

12. Have you had X-RAY, MRI or CT-Scans as result of this accident? ☑Yes  ☐No    If yes, please list below:

☑X-ray  ☐MRI  ☐CT    of: TORSO _____ Date NOV 14, 2006
☐X-ray  ☐MRI  ☐CT    of: _____ Date _____
☐X-ray  ☐MRI  ☐CT    of: _____ Date _____

13. Have you had **SURGERY as a result** of this accident? ☐Yes  ☑No, if yes how many times? _____, list below:

Surgery type: _____ Last date of surgery: _____
Surgery type: _____ Last date of surgery: _____
Surgery type: _____ Last date of surgery: _____

▲14. Name of your PRIMARY DOCTOR: _____, your last Physical Date July 2006

15. Your OCCUPATION at the time of the accident was? OPERATING ENGINEER

16. Have you lost time from work because of this accident? ☑Yes  ☐No    17. How much time? (5) DAYS    18. Last date worked _____

19. You are now  ☐Working PT  ☑Working FT  ☐LIGHT DUTY  ☐Not Working, reason: _____

20. Has your occupation changed due to the accident? ☐Yes  ☑No, if yes explain why did it change: _____

21. PAST SURGERIES NOT RELATED TO THIS ACCIDENT, (please list all):

1) Type of Surgery_____ Date _____  3) Type of Surgery_____ Date _____
2) Type of Surgery_____ Date _____  4) Type of Surgery_____ Date _____

22. **MEDICAL HISTORY:** Circle if you have/had any of these conditions:

| | |
|---|---|
| 1. (HBP) High Blood Pressure | 6. Arthritis |
| 2. Diabetes | 7. Heart Disease |
| 3. Asthma | 8. Kidney Disease |
| 4. Cancer | 9. Depression |
| 5. Ulcers | 10. Anxiety |

11. Other conditions, Please Name: _____

**23. DO YOU HAVE ANY OF THESE?**

| | | |
|---|---|---|
| 1. Difficulty hold/pass urine | Yes | No |
| 2. Difficulty hold/pass stool | Yes | No |
| 3. Headaches | Yes | No |
| 4. Feel sad/cry easily | Yes | No |
| 5. Shortness of Breath | Yes | No |
| 6. Memory Loss | Yes | No |
| 7. Ringing in ears | Yes | No |
| 8. Severe weight loss | Yes | No |
| 9. Pain that Wakes You Up | Yes | No |
| 10. Allergies, name | Yes | No |

**ALLERGIC TO:**

**24. DO YOU HAVE DIFFICULTIES:**

| | | |
|---|---|---|
| Walking | Yes | No |
| With Stairs | Yes | No |
| With Balance | Yes | No |
| With house chores | Yes | No |
| Getting off a chair | (Yes) | No |
| Getting out the car | (Yes) | No |
| Dressing yourself | (Yes) | No |
| Reaching | (Yes) | No |
| Do you Live alone? | Yes | (No) |
| Do you Drive? | (Yes) | No |
| Do you Fall often? | Yes | (No) |

**25. ALL MEDICATIONS & SUPPLEMENTS you take**

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____
7. _____

PHYSICIAN'S NOTES:
PLEASE DO NOT WRITE IN THIS AREA

All Intake information was reviewed and discussed with the patient:
Dr.'s name and signature:

GLADYS CARDENAS, M.D.
D. Kenneth Box

Form 100-100 INTAKE NF WC PI revised 2/13/2006

T ORDERS AND Dx. WC/NF NAME: **Walker Livingston**    DATE: 1/8/07

___ ☒ X week for ___ 9 WEEKS    For reference WC units assigned per modality are in ( )

QUATIC (Rye ONLY) PT ___ x/week    Symptomatic ___ x ___ for ___    Internal use: 8 Units    PT ☒ MD  DRY  AQUA ⊘

| ASSIVE MODALITIES | Area#1 | Area#2 | Area3 | Passive used in: |
|---|---|---|---|---|
| 97010 Hot Packs(2) | | | | ☐ Inflammation/edema |
| 97032 Electrical Stim (2.5) | | | | ☐ Spasm |
| 97035 Ultrasound(2.5) | | | | ☐ Soften scars |
| 97018 Paraffin Bath(2.5) | | | | ☐ Prepare for exercise |
| 97124 Massage (2.5) | | | | ☐ Joint Pain |
| | | | | ☐ Arthritis condition |
| | | | | ☐ Joint Pain |

☐ Progress PT as tolerated
☐ PRN modalities
☐ Pre-post PT Ice PRN

| Dx | EM | PT | Procedure |
|---|---|---|---|
| lumbosacral s/s | | | |
| lumbosacral rad. | | | |

billing purpose, check if diagnosis is related to PT program and/or
visit and/or procedure ordered (specify procedure).

**Dr Kenneth Fox**
PHYSICIANS NAME and SIGNATURE

SHORT TERM GOALS
☐ ↑Functional Performance
☐ ↑ROM
☐ ↑Strength
☐ ↓Pain
☐ Symptomatic benefit
☐ Per PT evaluation

PT LONG TERM GOALS
☐ Max Function
☐ Max ROM
☐ Max Strength
☐ Pain level 0
☐ Symptomatic benefit
☐ Per PT evaluation

Form 301-01 WC NF PT Orders and Dx revised 2/13/2006

---

| 97140 Manual Therapy | ☒ Soft Tissue Mobilization (MFR)(4) | Manual used to: |
|---|---|---|
| | ☐ Joint Mobilization(4) | ☐ Shortened tissue |
| | | ☐ ↑ Fluid exchange |
| | ☐ Manipulation(4)  ☐ Manual Traction (4) | ☐ Mobilize tissue w/edema |
| | | ☐ ↑Mobility |

**97530 Functional Activities**
☒ Trunk activities to ↑ Bending
☐ UE / LE activities to ↑ Carrying
☐ UE / LE activities to ↑ Reaching
☐ UE activities to ↑Object Manipulation
☐ Activities to improve transfers
☐ Other:
☐ Activities to promote safe ambulation
☐ Activities to improve stair negotiation
☐ Other activities to improve function:
☐ Cervical activities to improve head turning
☐ Activities to improve bed mobility
(2.5 per 15 minutes)

**97113 AQUATIC**
RYE ONLY PLEASE !!!
☐ Core exercise
☐ No Jets
☐ UE exercise
☐ Walk only
☐ Progressive Jets
☐ LE exercise
☐ Progress to run
Used to : ☐ ↑ ROM
☐ ↑ Strength
☐ ↑ Endurance

**97112 Neuro-Muscular Re-Education**
☐ Cervical Stabilization
☐ Trunk Stabilization
☐ Upp. Extr Re-Education
☐ Low. Extr Re-Education
☐ Propioceptive Neuromuscularfacilitation
☐ Balance
☐ Coordination
☐ Desensitization
(3.5 per 15 minutes)
Used to:
☐ ↑Kinesthetic Sense
☐ ↑CS Posture
☐ ↑TS Posture
☐ ↑LS Posture
☐ ↑Propioception
☐ ↑Standing Balance
☐ ↑Gross Coordination
☐ ↑Fine Coordination
☐ ↑Muscle Tone
☐ ↓Muscle Tone

| TAPING | 29240 ☐Shoulder  29260 ☐Elbow ☐Wrist  29280 ☐Hand/Finger  29220 ☐Low back |
|---|---|
| | 29520 ☐Hip  29530 ☐Knee  29540 ☐Ankle  (0.2-0.3 Surgical units) |

**THERAPEUTIC EXERCISE**

**97110 Therapeutic Exercise**

ROM exercises
☒ AROM
☒ AAROM
☐ PROM

STRETCH exercises
☐ Active
☐ Assistive
☐ Prolonged static

NON RESISTED strengthening
☐ CS  ☐ TS/LS
☐ UE  ☐ LE

CARDIOVASCULAR
☐ Bike  ☐ Tread-Mill  ☐ UBE  ☐ Warm-up/Cool-down  ☐ Strength extremities
☐ Cardiovascular work  LIMIT to ___ % of Max HR for Age (=220 – age / %)
(3.5 per 15 min)

ISOMETRIC exercises
☐ CS
☐ TS/LS
☐ UE
☐ LE

ABDOMINAL strengthening
☐ Pelvic Tilt
☐ Crunches

HAND exercises
☐ ROM
☐ Strengthening

ISOTONIC strengthening
☐ Thera-band
☐ Dumb-bells
☐ Ankle Weights

CIRCUIT  ☐ Full Circuit
☐ Cable Column
☒ Back Extension
☐ Resisted Crunch
☐ Multi Hip
☐ Leg Press
☐ Leg Curl
☐ Leg Extension

| 97537 Reintegration | ☐ Community  ☐ Work  Specific Function:  (3) |
|---|---|
| 97535 Self Care | Specific Need: ☐ HEP  ☐ Maintenance  ☐ other:  (3) |
| | (Max 6 sessions)  & follow :  x ___ weeks/months |

---

☐ CHECK  BP & PULSE  PRE-POST THERAPY    ☐ CHECK BODY WEIGHT ___ X per Week.    ☐ FALL PRECAUTIONS
☐ CARDIAC PRECAUTIONS    ☐ HIP PRECAUTIONS    ☐ SEIZURE PRECAUTIONS

OM/MMT/PT evaluation:    ☐ PT Evaluation    ☐ ROM MMT Baseline    ☐ ROM MMT prior to FU    ☐ FCE

| | ☐ CS | ☐ Trunk | Shoulder ☐R –☐L | Elbow ☐R –☐L | Wrist ☐R –☐L | Hip ☐R –☐L | Knee ☐R –☐L | Ankle ☐R –☐L | Hand ☐R ☐L | 1 2 3 4 5 | 1 2 3 4 5 |
| | ☐ CS/UE | ☐ Trunk/LE | Shoulder ☐R –☐L | Elbow ☐R –☐L | Wrist ☐R –☐L | Hip ☐R –☐L | Knee ☐R –☐L | Ankle ☐R –☐L | Hand ☐R ☐L | ☐R 1 2 3 4 5 | ☐L 1 2 3 4 5 |
| | | | | | Grip ☐R –☐L | Pinch ☐R –☐L | Toe ROM ☐R 1 2 3 4 5  ☐L 1 2 3 4 5 | | | ↑Digits Only↑ | |

**PLAN PAGE**

| PATIENT: | Walker Livingston | DATE: | 1/8/07 |

**PT:** _3_ X week for _4_ WEEKS    ☐ Water (Rye only)    SYMPTOMATIC (WC/C ONLY): _____ X _____ for _____

☐ Continue Physical Therapy    ☐ PT evaluation    _____ PT visits for HEP instruction (max 6)    ☐ HEP

☐ Discontinue PT   ☐ Hold PT    ☐ PT close to home/IC OK'd facility    ☐ FCE followed by EM w/FCE    ☐ ADL & Functional Evaluation

See PT Order and Diagnosis page for details of PT orders, PT goals and precautions

---

**INJECTIONS:** (May need pre-approval)

☐ Trigger Point _____ Series of # ____ Start _____ ☐ ASAP   Interval _____ weeks

☐ Tendon/lig/Ganglion/Fascia_____ ☐ Medicare Carpal/Tarsal   Series of # ____ Start _____ ☐ ASAP   Interval _____ weeks

☐ Peripheral Nerve _____ Series of # ____ Start _____ ☐ ASAP   Interval _____ weeks

☐ Joint/Bursa _____ Series of # ____ Start _____ ☐ ASAP   Interval _____ weeks

☐ *Paravertebral (Transforaminal) _____ Series of # ____ Start _____ ☐ ASAP   Interval _____ weeks (2 min)

☐ *Facet Block, Level _____ Series of # ____ Start _____ ☐ ASAP   Interval _____ weeks (2 min)

☐ *Epidural/Caudal, Level _____ Series of # ____ Start _____ ☐ ASAP   Interval _____ weeks (2 min)

* Necessity: ☐ Painful radiculopathy ☐ Facet Syndrome ☐ Pain management   ☐ Inflammatory arthritis   ☐ Painful neuropathy   ☐ Diagnostic Block

---

**EMG & NCV:** (May need pre-approval)    ☐ UPPER EXTREMITIES    ☐ LOWER EXTREMITIES    ☐ OTHER:

To evaluate for: ☐ Radiculopathy ☐ CTS ☐ Myopathy ☐ Neuropathy   ☐ Check for radiculopathy prior to Facet Block    ☐ Other:

---

**RADIOLOGIC WORK UP:** (May need pre-approval)

MRI of:     X-Ray of:     Other:

R/O ☐ HNP ☐ Int. Derange ☐ Other    R/O ☐ Fracture ☐ O.A. ☐ Bone pathology    R/O

---

**LAB WORK-UP:** ☐ CBC    ☐ Sed Rate    ☐ EKG baseline    ☐ UA    ☐ Other:

☐ Blood Chem   ☐ Arthritis profile   ☐ LFT    ☐ Urine Toxicology    ☐ Other:

---

**ORTHOSES & EQUIPMENT**

| | | |
|---|---|---|
| ☐ TENS UNIT | ☐ Insoles | ☐ Cock-Up Splint | ☐ Wrist Brace |
| ☐ C-Collar | ☐ Cane | ☐ Knee Brace | ☐ Elbow cuff |
| ☐ Ls Orthosis | ☐ Walker | ☐ Ankle Brace | ☐ Electrical Stimulator |

| MEDS | STRENGTH | DOSE | Rx # | X | MEDS | STRENGTH | DOSE | Rx# | X |
|---|---|---|---|---|---|---|---|---|---|
| ☐ RELAFEN ☐ NAPROSYN | | | | | ☐ KADIAN | | | | |
| ☐ ULTRAM ☐ CELEBREX | | | | | ☐ METHADONE | | | | |
| ☐ SOMA ☐ FLEXERIL ☐ SKELAXIN | | | | | ☐ OXYCONTIN | | | | |
| ☐ TYLENOL ☐ #3 ☐ #4 | | | | | ☐ OXYCODONE ☐ OXY-IR | | | | |
| ☐ HYDROCODONE ☐ VICODIN | | | ☐ | | ☐ FENTANYL PATCH | | | | |
| ☐ COMBUNOX ☐ PERCOCET | 7.5/500 | | ♯0 | | ☐ MSIR ☐ MSCONTIN | | | | |
| ☐ ELAVIL ☐ DESIPRAMINE | | | | | | | | | |
| ☐ CELEXA ☐ ZOLOFT | | | | | | | | | |
| ☐ LIDOCAINE PATCH | | | | | | | | | |
| ☐ NEURONTIN ☐ LYRICA | | | | | | | | | |
| ☐ ULTRACET | | | | | ☐ SIGN PAIN MANAGEMENT AGREEMENT | | ☐ Has Meds | | |

---

**CONSULTATION:**   Dr:      Specialty:      (May need pre-approval)

---

☐ EM _____    ☐ Two weeks EM    ☐ EM following PT course(w/PTeval/ADL/ROM, if applies)

☐ EM ASAP for _____    ☐ With records _Westchester Med Ctr._

☐ EM for Pain Management/Meds in _____    ☐ Schedule QV for Meds every _____ x _____

☐ Continue visits as previously planned    ☐ Return PRN    ☐ Discharge

☐ INSTRUCT the patient to fill a RESPONSE TO PAIN MEDICATION "take home" chart _____ days prior to the next visit.

Medication to be charted: 1-     2-     3-     4-

---

It is my professional opinion that the above plan is medically necessary to provide appropriate care for this patient.

_Dr. Kenneth Fox_

GLADYS CARDENAS, M.D.     DR. NAME AND SIGNATURE

Form 300  PLAN PAGE  revised 2/13/2006

INITIAL VISIT WC, NF and PERSONAL INJURY  Page 2

NAME _____ Walker, Livington _____    DATE 1|8|07

**BACK (T-L&Lumbosacral):**  *Painfully ↓ ROM in L-spine*

- ☐ Scololosis
- ☐ ↑TS Tenderness / ☐ Spasm  R   L
- ☐ Midline Tenderness
- ☐ Sacroiliac joint Tenderness  R   L
- ☐ ↓ Trunk ROM / ☐ ↓ Strength

- ☐ Kyphosis
- ☒ ↑LS Tenderness / ☐ Spasm  (R)  L
- ☐ Palpable Step
- ☒ Tenderness Sacrum/Coccyx
- ☐ Functional ROM / ☐ with Pain

Trigger/tender points in:  ☐ L-S paraspinal
☐ Q. Lumborum   ☐ Gluteus
☐ Other

**OTHER FINDINGS:** *Supraquistic tenderness*

---

**LOWER EXTREMITIES:**                          ☐

- ☐ Thigh Atrophy R   L    Thigh Girdle R _____ cm  L _____ cm   At 16 cm. Proximal Upper Patella pole
- ☐ Leg Atrophy  R   L    Calf Girdle R _____ cm  L _____ cm   At 16 cm. Distal Lower Patella pole
- ☐ Foot Atrophy R   L    Leg length R _____ cm  L _____ cm   ASIS to Medial Maleolus

**OTHER FINDINGS:**

☐ Functional ROM in both L.E.
Strength  ↓ HIP FLEXORS      R   L
          ↓QUADRICEPS        R   L
          ↓HAMSTRING         R   L
          ↓BIG TOE EXTENSOR  R   L
          ↓PLANTAR FLEXORS   R   L

POSITIVE SLR (R)  L

---

**Right Hip**  *NTT*   ☐ Swelling         ☐
- ☐ Tenderness→ ☐ Subtrchanteric Bursa → ☐ Gluteal Bursa → ☐ Ischeal Bursa
- ☐ Diffuse Tenderness            ☐ ↓ ROM / ☐ ↓ Strength

**Left Hip**    ☐ Swelling         ☐
- ☐ Tenderness→ ☐ Subtrchanteric Bursa → ☐ Gluteal Bursa → ☐ Ischeal Bursa
- ☐ Diffuse Tenderness            ☐ ↓ ROM / ☐ ↓ Strength

**Right Knee**  *Moderate Hamstring tightness*  ☐ Swelling  ☐ Effusion
- ☐ Medial / ☐ Lateral Joint Line tenderness     ☐ Positive McMurray
- ☐ Anterior Drawer   ☐ Pivot Shift   ☐ Posterior Drawer
- ☐ Medial / ☐ Lateral Ligament laxity.   ☐ Unstable Patella   ☐ ↓ROM / ☐ ↓ Strength

**Left Knee**   ☐ Swelling          ☐ Effusion
- ☐ Medial / ☐ Lateral Joint Line tenderness     ☐ Positive McMurray
- ☐ Anterior Drawer   ☐ Pivot Shift   ☐ Posterior Drawer
- ☐ Medial / ☐ Lateral Ligament laxity.   ☐ Unstable Patella   ☐ ↓ROM / ☐ ↓ Strength

LOWERS

**Right Ankle/ Foot**  ☐ Swelling  ☐ Deformity    ☐
- ☐ Ankle / ☐ Foot Tenderness→  ☐ Medial ☐ Lateral
- ☐ Decreased ROM / ☐ ↓ Strength

**Left Ankle/ Foot**  ☐ Swelling  ☐ Deformity    ☐
- ☐ Ankle / ☐ Foot Tenderness→  ☐ Medial ☐ Lateral
- ☐ Decreased ROM / ☐ ↓ Strength

---

|  | ↓DERMATOMAL | ↓AREA NO NERVE DERMATOME | ↓NERVE |  |
|---|---|---|---|---|
| **SENSORY** | ☐ R   ☐ L | ☐ R   ☐ L | ☐ R   ☐ L | ☐ |

☐↓Glove & Stocking

---

| **REFLEXES** | ___BICEPS | R ↓ ↑ ∈ | L ↓ ↑ ∈ | **PATELLA** | R ↓ ↑ ∈ | L ↓ ↑ ∈ | NL |
|---|---|---|---|---|---|---|---|
|  | ___TRICEPS | R ↓ ↑ ∈ | L ↓ ↑ ∈ | **ANKLE** | R ↓ ↑ ∈ | L ↓ ↑ ∈ | ∈ Absent |
|  | ___BRACHIORADIALIS | R ↓ ↑ ∈ | L ↓ ↑ ∈ | **PLANTAR** | R ↓ ↑ | L ↓ ↑ | ↓ Downgoing  ↑ Upgoing |

---

**GAIT**  ☐ Antalgic Gait   ☐ ↓Stance  L   R   ☐ Abnormal, Describe _____
         ☐ Straight cane   ☐ Crutches   ☐ Wheelchair

**TONE**  ☐ Spastic   ☐ Flaccid      ☐

---

PHYSICIAN MUST COMPLETE ALL:

Has this patient reached MMI?  ☐ Yes  ☐ No

Is CURRENTLY Working  ☐ Yes  ☐ No

Disabled from regular work duties? ☐ Yes  ☐ No

If yes, Disability is  ☐ Total  ☐ Partial

___ lift/carry/push/pull> _____ Lbs.

Other: *eval.*

**COMPLETE 9 and 10 ONLY and ONLY AFTER MMI!!**
This means your answer to #3 to the left, is YES.

9. FOR SCHEDULE LOSS PER WCB GUIDELINE:

_____ % loss of:

10. Can the patient do any type of work?  ☐ Yes
Describe Work Capacity as per US-DOT:
☐ Sedentary  ☐ Light  ☐ Medium  ☐ Heavy  ☐ Very Heavy
☐ Precise guidelines need FCE.

THIS WAS A PROLONGED VISIT, TIME:

_____

GLADYS CARDENAS, M.D.

*Dr. Kenneth Fox*

MD NAME AND SIGNATURE

CONTINUES IN PLAN, DX & THERAPY order sheets
FRM 111-10 20/2003

INITIAL VISIT WC, NF and PERSONAL INJURY
HISTORY AND PHYSICAL Page 1

NAME _____ Walker, Livingston (wc) _____     DATE 1/8/07

Current Age 51    Date of Accident 11/14/06    Occupation at time of accident: Operating Engineer

How did this accident occur? 51 LH ♂ on the job 11-14-06, "concrete buggy pinned against wall, went to Westchester Med Ctr, evaluated & released c/o "lump" in lower abdomen. LBP → ℗ calf. Aleve & Tylenol help a little. ℗/B _____

For PMHx, PSHx, Meds, Social/Work, etc. Hx see intake

| Complaints: | Pain scale | Radiation | Numbness/ Paresthesia | | Complaints: | Intensity | Complaints: | Intensity |
|---|---|---|---|---|---|---|---|---|
| Neck pain | ( ) | | | | □ _____ | ( ) | □ _____ | ( ) |
| Low back pain | ( ) ℗ RLE | RLE | | | □ _____ | ( ) | □ _____ | ( ) |
| Upperback pain | ( ) | | | | □ _____ | ( ) | □ _____ | ( ) |

Pain Scale Mild 1-2-3   Moderate 4-5-6   Severe 7-8-9   Extremely severe 10      Severity Scale A: No prob   B:Mild   C: Mod   D: severe   E: Extr severe

PHYSICAL EXAMINATION: ✦ Check if Within Normal Limits   Ø Check if not examined   ■ Mark for positive finding   ↑ Circle if Increased   ↓ Circle if Decreased

✦_____ GENERAL APPEARANCE: Alert O X 3
□ Disoriented to   time   space   person   □ distressed due to pain   □ Antalgic mobility   □ Requires assistance Sit↔ Stand   □ Speech difficulty   □ Decreased STM

OTHER: BP: 140/85       HR: 64.

✦_____ HEAD: □ Facial Paresis→ R   L   _____ Ø
□ Swelling   □ Tenderness   □ CN Deficit→ R   L

✦_____ CERVICAL SPINE:   _____ Ø
□ Paraspinal Tenderness / □ Spasm→ R   L   □ Bilateral
□ Midline Tenderness   □↓ ROM / □↓ Strength   □ Functional ROM / □ with Pain

Trigger/tender points in:   □ Cervical paraspinal
□ Trapezius                □ Rhomboid
□ Other

✦_____ UPPER EXTREMITIES:   _____ Ø
□ Thenar Atrophy   R   L   □ Shoulder Girth   R _____ cm   L _____ cm   At axilla
□ Hipothenar Atrophy   R   L   □ Arm Girth   R _____ cm.   L _____ cm. 12 cm Proximal Lat. Epic.
□ Intrinsics Atrophy   R   L   □ Forearm   R _____ cm.   L _____ cm. 12 cm Distal Lat. Epic.

OTHER:

□ Functional ROM in both U.E

| Strength | ↓ DELTOID | R | L |
|---|---|---|---|
| | ↓ BICEPS | R | L |
| | ↓ TRICEPS | R | L |
| | ↓ WRIST EXTENSORS | R | L |
| | ↓ GRIP | R | L |

✦_____ Right Shoulder→ □ Swelling   _____ Ø
Tenderness→ □ Anterior   □ Subacromial   □ AC joint   □ Diffuse
↓ ROM /□↓ Strength   □ Painful arc

✦_____ Left Shoulder→ □ Swelling   _____ Ø
Tenderness→ □ Anterior   □ Subacromial   □ AC joint   □ Diffuse
□↓ ROM /□↓ Strength   □ Painful arc

✦_____ Right Elbow   □ Swelling   _____ Ø
Tenderness→ □ Medial  – □ Lateral  – □ Radial head – □ Posterior – □ Diffuse
↓ ROM /□↓ Strength

✦_____ Left Elbow   □ Swelling   _____ Ø
Tenderness→ □ Medial  – □ Lateral  – □ Radial head – □ Posterior – □ Diffuse
□↓ ROM /□↓ Strength

✦_____ Right Wrist→ □ Swelling   □ Deformity   _____ Ø
Tenderness→ □ Medial  – □ Lateral  – □ Diffuse
↓ ROM /□↓ Strength   □ Positive Finkelstein

✦_____ Left Wrist→ □ Swelling   □ Deformity   _____ Ø
Tenderness→ □ Medial  – □ Lateral  – □ Diffuse
□↓ ROM /□↓ Strength   □ Positive Finkelstein

✦_____ Right Hand   _____ Ø
Swelling/Tenderness   □ MCP   □ PIP   □ DIP
Swelling/Tenderness → □ Dorsum of hand   □ Palm   □ Fingers
↓ Rom /□↓ Strength   □ Fingers:   □ Grip

✦_____ Left Hand   _____ Ø
□ Swelling/Tenderness   □ MCP   □ PIP   □ DIP
□ Swelling/Tenderness → □ Dorsum of hand   □ Palm   □ Fingers
□ Rom /□↓ Strength   □ Fingers:   □ Grip

U P P E R S

## EAST COAST PAIN MANAGEMENT, P.C.

1207 ROUTE 9, SUITE 4
WAPPINGERS FALLS NY 12590
(845) 297- 3200

354 DOWNING DRIVE
YORKTOWN HEIGHTS, NY 10598
(914) 248- 1612

200 SOUTH RIDGE STREET
RYE BROOK NY 10573
(914) 939- 9248

### EVALUATION AND MANAGEMENT REPORT
### WC NF & P. Injury

PATIENT: _Wolker, Livingston     WC_     DATE: _1|29|07_

Reason for this Evaluation:     ☐ Emergency Visit.     ☒ Visit at patient's request.

☐ Scheduled visit after Initial Evaluation to review progress and Plan.     ☐ Other, see Subjective.

**SUBJECTIVE**, patients concerns and or complaints:

Pt continues w/ LBP radiating to the RLE.
Records received: ER notes   Hx: pinned
against a metal elevator door by a buggy
carry up concrete.     CXR + CT of

**OBJECTIVE**, Physical findings (if unchanged, state date) and work up results:

BP: 120/70   HR: 70     RR: 14
abdomen + pelvis were WNL.
PE: A+O x 3     no distress   (+) RT SLR
Rt LS spasm,   DTR ↓ Rt patella
Sens WNL.

**ASSESSMENT** or diagnostic impression:
☐ See Diagnosis and therapy orders sheet

IF THIS IS A NEW CONDITION, MUST INDICATE IF IT IS:     ☐CONSEQUENTIAL   or     ☐UNRELATED TO ACCIDENT     ☐N/A
In case of Consequential  Injury must explain mechanism:

Expected treatment and  work-up for this Consequential injury: Therapy_____ times/week x_____ weeks.
Workup:

**PLAN**: See plan page attached.

GLADYS CARDENAS, M.D.

PHYSICIANS NAME and SIGNATURE _____

FORM 113-1 2/3/2003

3. Has MMI been reached? ☐Yes   ☒No
7. Is CURRENTLY Working? ☒Yes   ☐No
8. Disabled for regular work duties? ☒Yes   ☐No
     Disability Is:     ☐Total   ☒Partial
Partial, Work Restrictions  lift/carry/pull/push >

9. Impairment %:
ONLY After MMI has been reached: (if 3=YES)
10. Can patient do any type of work? ☐Yes   ☐No
Describe Work Capacity per US-DOT:   ☐Sedentary
☐Light     ☐Medium     ☐Heavy     ☐Very Heavy

PT ORDERS AND Dx. WC/NF    NAME: Walker, Livingston    DATE: 4/2/07

PT __3__ X week for __4__ WEEKS

AQUATIC (Rye ONLY) PT __1__ x/week    Symptomatic _____ x _____ for _____

For reference WC units assigned per modality are in ( )

Internal use: 8 Units    ☐PT ☑MD    DRY ☑AQUA

| PASSIVE MODALITIES | Area#1 | Area#2 | Area3 |
|---|---|---|---|
| ☑ 97010 Hot Packs(2) | CS | | |
| ☑ 97032 Electrical Stim.(2.5) | CS | | |
| ☑ 97035 Ultrasound(2.5) | CS | | |
| ☐ 97018 Paraffin Bath (2.5) | | | |
| ☐ 97124 Massage (2.5) | | | |

Passive used for:
☐ Inflammation/edema
☐ Spasm
☐ Soften scars
☐ Prepare for exercise
☐ Joint Pain
☐ Arthritic condition
☐ Joint Pain

☐ Progress PT as tolerated
☐ PRN modalities
☐ Pre-post PT Ice PRN

**97140 Manual Therapy**
☑ Soft Tissue Mobilization (MFR)(4)
☐ Joint Mobilization(4)
☐ Manipulation(4)    ☐ Manual Traction (4)

Manual used to:
☑ Shortened tissue
☐ Fluid exchange
☐ Mobilize tissue w/edema
☑ ↑ Mobility

**97530 Functional Activities**
☐ Trunk activities to ↑Bending
☐ UE / LE activities to ↑ Carrying
☐ UE / LE activities to ↑ Reaching
☐ UE activities to ↑Object Manipulation
☐ Activities to improve transfers
☐ Other:

☐ Activities to promote safe ambulation
☐ Activities to improve stair negotiation
☐ Other activities to improve function:
☐ Cervical activities to improve head turning
☐ Activities to improve bed mobility
(2.5 per 15 minutes)

**97113 AQUATIC**
RYE ONLY PLEASE !!!
☐ Core exercise    ☐ UE exercise    ☐ LE exercise
☐ No Jets    ☐ Walk only    ☐ Progress to run
☐ Progressive Jets

Used to : ☐ ↑ ROM
☐ ↑ Strength
☐ ↑ Endurance

**97112 Neuro-Muscular Re-Education**
☐ Cervical Stabilization
☑ Trunk Stabilization
☐ Upp. Extr. Re-Education
☐ Low. Extr. Re-Education
☐ Proprioceptive Neuromuscularfacilitation
☐ Balance
☐ Coordination    (3.5 per 15 minutes)
☐ Desensitization

Used to:
☐ ↑Kinesthetic Sense
☐ ↑CS Posture
☐ ↑TS Posture
☑ ↑LS Posture
☐ ↑Proprioception
☐ ↑Standing Balance
☐ ↑Gross Coordination
☐ ↑Fine Coordination
☐ ↑Muscle Tone
☐ ↓Muscle Tone

**TAPING**
29240 ☐Shoulder    29260 ☐Elbow/Wrist    29280 ☐Hand/Finger    29220 ☐Low back
29520 ☐Hip    29530 ☐Knee    29540 ☐Ankle    (0.2-0.3 Surgical units)

**THERAPEUTIC EXERCISE**

**97110 Therapeutic Exercise**

ROM exercises
☐ AROM
☐ AAROM
☐ PROM

ISOMETRIC exercises
☐ CS
☐ TS/LS
☐ UE
☐ LE

ISOTONIC strengthening
☐ Thera-band
☐ Dumb-bells
☐ Ankle Weights

STRETCH exercises
☑ Active    (B) LE
☑ Assistive
☐ Prolonged static

ABDOMINAL strengthening
☑ Pelvic Tilt
☑ Crunches

CIRCUIT ☐ Full Circuit
☐ Cable Column
☑ Back Extension
☑ Resisted Crunch
☐ Multi Hip
☐ Leg Press
☐ Leg Curl
☐ Leg Extension

NON RESISTED strengthening
☐ CS    ☐ TS/LS
☐ UE    ☐ LE

HAND exercises
☐ ROM
☐ Strengthening

CARDIOVASCULAR
☐ Bike    ☐ UBE    ☐ Warm-up/Cool-down    ☐ Strength extremities
☐ Tread-Mill
☐ Cardiovascular work    LIMIT to_____ % of Max HR for Age (=220 – age / %)    (3.5 per 15 min)

**97537 Reintegration**
☐ Community    ☐ Work    Specific Function:    (3)

**97535 Self Care**
Specific Need: ☐ HEP    ☐ Maintenance    ☐ other:    (3)
(Max 6 sessions)    & follow    x    weeks/months

Diagnosis
Lumbo sacral s/s
(R) Lumbosacral rad

| | EM | PT | Procedure |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

For billing purpose, check if diagnosis is related to PT program and/or EM visit and/or procedure ordered (specify procedure)

GLADYS CARDENAS, M.D.
PHYSICIANS NAME and SIGNATURE

| PT SHORT TERM GOALS | PT LONG TERM GOALS |
|---|---|
| ☐ ↑Functional Performance | ☐ Max Function |
| ☐ ↑ROM | ☐ Max ROM |
| ☐ ↑Strength | ☐ Max Strength |
| ☐ ↓Pain | ☐ Pain level 0 |
| ☐ Symptomatic benefit | ☐ Symptomatic benefit |
| ☑ Per PT evaluation | ☑ Per PT evaluation |

Form 301-01 WC NF PT Orders and Dx revised 2/13/2006

☐ CHECK  BP & PULSE  PRE-POST THERAPY
☐ CARDIAC PRECAUTIONS
☐ CHECK BODY WEIGHT ____ X per Week.
☐ HIP PRECAUTIONS
☐ FALL PRECAUTIONS
☐ SEIZURE PRECAUTIONS

| ROM/MMT/PT evaluation: | ☐ PT Evaluation | ☐ ROM MMT Baseline | ☑ROM MMT prior to FU | ☐ FCE | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ROM ☐ CS  ☑Trunk | Shoulder ☐R – ☐L | Elbow ☐R – ☐L | Wrist ☐R – ☐L | Hip ☐R – ☐L | Knee ☐R – ☐L | Ankle ☐R – ☐L | Hand ☐R ☐L | 1 2 3 4 5 ☐L 1 2 3 4 5 | |
| MMT ☐ CS/UE  ☑Trunk /LE | Shoulder ☐R – ☐L | Elbow ☐R – ☐L | Wrist ☐R – ☐L | Hip ☐R – ☐L | Knee ☐R – ☐L | Ankle ☐R – ☐L | Hand ☐R ☐L | 1 2 3 4 5 ☐L 1 2 3 4 5 | |
| | | Grip ☐R – ☐L | Pinch ☐R – ☐L | | | Toe ROM ☐R 1 2 3 4 5  ☐L 1 2 3 4 5 | | | ↑Digits Only↑ |

PLAN PAGE

| PATIENT: | Walker, Livingston | DATE: 4/2/07 |
|----------|---------------------|--------------|

**PT:** 3 X week for 4 WEEKS _____ Water (Rye only)    SYMPTOMATIC (WC/C ONLY): _____ X _____ for _____

☐Continue Physical Therapy    ☐PT evaluation    _____ PT visits for HEP instruction (max 6)    ☐HEP

☐Discontinue PT  ☐Hold PT  ☐PT close to home/IC OK'd facility    ☐FCE followed by EM w/FCE    ☐ADL & Functional Evaluation

See PT Order and Diagnosis page for details of PT orders, PT goals and precautions.

---

**INJECTIONS:** (May need pre-approval)

| | | | |
|---|---|---|---|
| ☐Trigger Point _____ (LS) | Series of # 4 | Start _____ ☑ASAP | Interval _____ weeks |
| ☐Tendon/lig/Ganglion/Fascia_____ ☐ Medicare Carpal/Tarsal | Series of # ___ | Start _____ ☐ ASAP | Interval _____ weeks |
| ☐Peripheral Nerve _____ | Series of # ___ | Start _____ ☐ ASAP | Interval _____ weeks |
| ☐Joint/Bursa _____ | Series of # ___ | Start _____ ☐ ASAP | Interval _____ weeks |
| ☐*Paravertebral (Transforaminal) _____ | Series of # ___ | Start _____ ☐ ASAP | Interval _____ weeks (2 min) |
| ☐*Facet Block, Level _____ | Series of # ___ | Start _____ ☐ ASAP | Interval _____ weeks (2 min) |
| ☐*Epidural/Caudal, Level _____ | Series of # ___ | Start _____ ☐ ASAP | Interval _____ weeks (2 min) |

* Necessity: ☐Painful radiculopathy  ☐ Facet Syndrome  ☐Pain management    ☐Inflammatory arthritis    ☐Painful neuropathy   ☐Diagnostic Block

---

**EMG & NCV:** (May need pre-approval)    ☐ UPPER EXTREMITIES.    ☐ LOWER EXTREMITIES    ☐ OTHER:

To evaluate for: ☐Radiculopathy  ☐CTS  ☐Myopathy  ☐Neuropathy  ☐Check for radiculopathy prior to Facet Block    ☐Other:

---

**RADIOLOGIC WORK UP:** (May need pre-approval)

MRI of:                              X-Ray of:                                    Other:

R/O ☐ HNP  ☐ Int. Derange  ☐ Other    R/O ☐ Fracture  ☐ O.A.  ☐ Bone pathology    R/O

---

**LAB WORK UP:**    ☐ CBC    ☐ Sed Rate    ☐ EKG baseline    ☐ UA    ☐ Other:

☐ Blood Chem    ☐ Arthritis profile    ☐ LFT    ☐ Urine Toxicology    ☐ Other:

---

**ORTHOSES & EQUIPMENT**

| | | | |
|---|---|---|---|
| ☐ TENS UNIT | ☐ Insoles | ☐ Cock-Up Splint | ☐ Wrist Brace |
| ☐ C-Collar | ☐ Cane | ☐ Knee Brace | ☐ Elbow cuff |
| ☐ Ls Orthosis | ☐ Walker | ☐ Ankle Brace | ☐ Electrical Stimulator |

| MEDS | STRENGTH | DOSE | Rx # | X | MEDS | STRENGTH | DOSE | Rx# | X |
|------|----------|------|------|---|------|----------|------|-----|---|
| ☐RELAFEN ☐NAPROSYN | | | | | ☐KADIAN | | | | |
| ☐ULTRAM ☐CELEBREX | | | | | ☐METHADONE | | | | |
| ☐SOMA ☐FLEXERIL ☐SKELAXIN | 5 mg qht | 30 | 2 | | ☐OXYCONTIN | | | | |
| TYLENOL ☐#3  ☐#4 | | | | | ☐OXYCODONE ☐OXY-IR | | | | |
| ☐HYDROCODONE ☐VICODIN | | | | | ☐FENTANYL PATCH | | | | |
| ☐COMBUNOX ☐PERCOCET | | | | | ☐MSIR ☐MSCONTIN | | | | |
| ☐ELAVIL ☐DESIPRAMINE | | | | | | | | | |
| ☐CELEXA ☐ZOLOFT | | | | | | | | | |
| ☐LIDOCAINE PATCH | | | | | | | | | |
| ☐NEURONTIN ☐LYRICA | | | | | | | | | |
| ☐ULTRACET | | | | | ☐ SIGN PAIN MANAGEMENT AGREEMENT    ☐ Has Meds | | | | |

---

**CONSULTATION:**    Dr:                        Specialty:                            (May need pre-approval)

---

☐ EM _____                        ☐Two weeks EM    ☑EM following PT course(w/PTeval/ADL/ROM, if applies)

☐ EM ASAP for _____                ☐With records

☐ EM for Pain Management/Meds in _____    ☐Schedule QV for Meds every _____ x _____

☐ Continue visits as previously planned    ☐Return PRN                        ☐Discharge

☐ INSTRUCT the patient to fill a RESPONSE TO PAIN MEDICATION "take home" chart _____ days prior to the next visit.

Medication to be charted: 1- _____    2- _____    3- _____

It is my professional opinion that the above plan is medically necessary to provide appropriate care for this patient.

GLADYS CARCAMO, M.D.
_____
DR. NAME AND SIGNATURE

Form 300  PLAN PAGE  revised 2/13/2006

FOLLOW-UP EVALUAT'N    NAME Walker, Livi ston WC    DATE: 4/2/07
WC NF P. INJURY

| Complaints: | Pain scale | Radiation | Numbness/ Paresthesia | Improving? | | Complaints: | | Pain | Severity | Improving? |
|---|---|---|---|---|---|---|---|---|---|---|
| Neck pain | ( ) | | | Yes No | | ☐ | | ( )( ) | Yes No |
| Low back pain | (3-7)RTE | | Same | Yes No | | ☐ | | ( )( ) | Yes No |
| Upperback pain | ( ) | | | Yes No | | ☐ | | ( )( ) | Yes No |

Pain Scale  Mild 1-2-3   Moderate 4-5-6   Severe 7-8-9   Extremely severe 10    Severity Scale A: No prob  B:Mild   C: Mod.   D: severe   E: Extr severe

**PHYSICAL EXAMINATION**
☐ A&Ox3          ☐ Antalgic mobility
☐ No distress    ☐ Distress due to pain

**HEAD/FACE:** ☐ WNL
☐ Swelling
☐ Tenderness

**CERVICAL SPINE** ☐ WFL
☐ Tenderness        ☐ Spasm
☐ Painful ROM

ROM ☐ Improving ☐ Not Improving ☐ Some Imp.
Strength ☐ Improving ☐ Not Improving ☐ Some Imp.
Trigger/tender points in: ☐ Cervical paraspinal
☐ Trapezius          ☐ Rhomboid
☐ Other

**Right Shoulder** ☐ WFL    ☐ Swelling
Tenderness: ☐ Anterior    ☐ Subacromial
☐ Diffuse    ☐ AC Joint    ☐ Painful arc
☐ Painful ROM

ROM ☐ Improving ☐ Not Improving ☐ Some imp.
Strength ☐ Improving ☐ Not Improving ☐ Some imp.

**Right Elbow** ☐ WFL    ☐ Swelling
Tenderness: ☐ Medial    ☐ Lateral
☐ Painful ROM

ROM ☐ Improving ☐ Not Improving ☐ Some imp.
Strength ☐ Improving ☐ Not Improving ☐ Some imp.

**Right Wrist/Hand:** ☐ WFL    ☐ Painful ROM
☐ Swelling          ☐ Tenderness

☐ Positive Phalen    ☐ Positive Tinel
ROM ☐ Improving ☐ Not Improving ☐ Some imp.
Strength ☐ Improving ☐ Not Improving ☐ Some imp.

**Right Hip** ☐ WFL
☐ Tenderness        ☐ Painful ROM

ROM ☐ Improving ☐ Not Improving ☐ Some imp.
Strength ☐ Improving ☐ Not Improving ☐ Some imp.

**Right Knee** ☐ WFL    ☐ Painful ROM
☐ Effusion          ☐ Swelling
☐ Joint Line tenderness M    L    ☐ McMurray
☐ Positive Drawer A  P    ☐ Pivot Shift
☐ Collateral Ligament laxity M  L

ROM ☐ Improving ☐ Not Improving ☐ Some imp.
Strength ☐ Improving ☐ Not Improving ☐ Some imp.

**Right Ankle/ Foot** ☐ WFL
☐ Swelling          ☐ Deformity

☐ Tenderness

☐ Painful ROM
ROM ☐ Improving ☐ Not Improving ☐ Some imp.
Strength ☐ Improving ☐ Not Improving ☐ Some imp.

**THORACIC SPINE** ☐ WFL
☐ Tenderness        ☐ Spasm
☐ Painful ROM

Trigger/tender points in: ☐ Thoracic paraspinal
☐ Serratus          ☐ Latissimus
☐ Other

**Left Shoulder** ☐ WFL    ☐ Swelling
Tenderness: ☐ Anterior    ☐ Subacromial
☐ Diffuse    ☐ AC Joint    ☐ Painful arc
☐ Painful ROM

ROM ☐ Improving ☐ Not Improving ☐ Some imp.
Strength ☐ Improving ☐ Not Improving ☐ Some imp.

**Left Elbow** ☐ WFL    ☐ Swelling
Tenderness: ☐ Medial    ☐ Lateral
☐ Painful ROM

ROM ☐ Improving ☐ Not Improving ☐ Some imp.
Strength ☐ Improving ☐ Not Improving ☐ Some imp.

**Left Wrist** ☐ WFL    ☐ Painful ROM
☐ Swelling          ☐ Tenderness

☐ Positive Phalen    ☐ Positive Tinel
ROM ☐ Improving ☐ Not Improving ☐ Some imp.
Strength ☐ Improving ☐ Not Improving ☐ Some imp.

**Left Hip** ☐ WFL
☐ Tenderness        ☐ Painful ROM

ROM ☐ Improving ☐ Not Improving ☐ Some imp.
Strength ☐ Improving ☐ Not Improving ☐ Some imp.

**Left Knee** ☐ WFL    ☐ Painful ROM
☐ Effusion          ☐ Swelling
☐ Joint Line tenderness M    L    ☐ McMurray
☐ Positive Drawer A  P    ☐ Pivot Shift
☐ Collateral Ligament laxity M  L

ROM ☐ Improving ☐ Not Improving ☐ Some imp.
Strength ☐ Improving ☐ Not Improving ☐ Some imp.

**Left Ankle/ Foot** ☐ WFL
☐ Swelling          ☐ Deformity

☐ Tenderness

☐ Painful ROM
ROM ☐ Improving ☐ Not Improving ☐ Some imp.
Strength ☐ Improving ☐ Not Improving ☐ Some imp.

**OTHER:** BP: 144/98    HR: 74    RR: 18

Waiting approval for EMG.
PT is helping pain has ↓, but
still severe with certain movement

**LUMBOSACRAL SPINE** ☐ WFL
☐ Tenderness        ☐ Spasm  RT
☐ Painful ROM    RT    RT

ROM ☐ Improving ☐ Not Improving ☐ Some imp.
Strength ☐ Improving ☐ Not Improving ☐ Some imp.
Trigger/tender points in: ☐ L-S paraspinal
☐ Q. Lumborum          ☐ Gluteus

SLR Positive  R  L    ☐ Bilateral    ☐ Negative

**DTR's** ☐ Normal symetric all 4 extremities.
↓=absent    ↓=decreased    ↑=increased
Right                               Left
↓  ϵ  Biceps        ↓  ϵ
↓  ϵ  Triceps       ↓  ϵ
↓  ϵ  Brach-rad     ↑
↓  ϵ  Patella       ↑  ϵ
↓  ϵ  Achilles      ↑  ϵ
☐ All others are WNL

**GAIT** ☐ WNL
☐ Antalgic Gait    ☐ ↓Stance    L   R
☐ Straight cane    ☐ Crutches
☐ Wheelchair

**Sensation:** ☐ WNL
☐ ↑ In:
☐ ↓ In:
☐ ↓ in glove and stocking

**OTHER:**

THIS WAS A PROLONGED VISIT, TIME:

3. Has MMI been reached?  Yes  No
7. Is CURRENTLY Working? ☐Yes ☐No
8. Disabled for regular work duties? ☐Yes  No
    Disability is:  ☐Total  ☐Partial
If Partial, Work Restrictions  lift/carry/pull/push

9. Impairment %:

ONLY After MMI has been reached: (if 3=YES
10. Can patient do any type of work? ☐Yes  No
Describe Work Capacity per US-DOT: ☐Sedentary
☐ Light   ☐ Medium   ☐ Heavy   ☐ Very Heavy

MD NAME AND SIGNATURE  GLADYS CARDENAS, M.D.

CONTINUES WITH DIAGNOSIS & THERAPY ORDERS PAGE  and PLAN PAGE   FORM I-12-01 2/3/2003



East Coast
Pain Management, PC

Pain Management, Rehabilitation, Physical Therapy,
Chiropractic & Acupuncture

Jonathan Rudnick, D.O.
F.A.A.P.M.R.

| 200 South Ridge St | 2000 Maple Hill St., Suite 203 | 1207 Route 9, Suite 4 |
| Rye Brook, NY 10573 | Yorktown Heights, NY 10598 | Wappingers Falls, NY 12590 |
| Ph: (914) 939-9248 | Ph: (914) 248-1612 | Ph: (845) 297-3200 |
| Fx: (914) 939-5002 | Fx: (914) 248-6983 | Fx: (845) 297-9466 |

**PLAN PAGE**

| PATIENT: Walker, Livingston | DATE: 1/29/07 |
|---|---|

**PT:** _3_ X week for _4_ WEEKS __l__ Water/(Rye only)    SYMPTOMATIC (WC/C ONLY): _____ X _____ for _____

☒ Continue Physical Therapy    ☐ PT evaluation    ____ PT visits for HEP Instruction (max 6)    ☐ HEP

☐ Discontinue PT  ☐ Hold PT    ☐ PT close to home/IC OK'd facility    ☐ FCE followed by EM w/FCE    ☐ ADL & Functional Evaluation

See PT Order and Diagnosis page for details of PT orders, PT goals and precautions.

**INJECTIONS:** (May need pre-approval)

☐ Trigger Point _____ Series of # ____   Start _____ ☐ ASAP   Interval _____ weeks

☐ Tendon/lig/Ganglion/Fascia _____ ☐ Medicare Carpal/Tarsal   Series of # ____   Start _____ ☐ ASAP   Interval _____ weeks

☐ Peripheral Nerve _____ Series of # ____   Start _____ ☐ ASAP   Interval _____ weeks

☐ Joint/Bursa _____ Series of # ____   Start _____ ☐ ASAP   Interval _____ weeks

☐ Paravertebral (Transforaminal) _____ Series of # ____   Start _____ ☐ ASAP   Interval _____ weeks (2 min)

☐ Facet Block, Level _____ Series of # ____   Start _____ ☐ ASAP   Interval _____ weeks (2 min)

☐ Epidural/Caudal, Level _____ Series of # ____   Start _____ ☐ ASAP   Interval _____ weeks (2 min)

* Necessity: ☐ Painful radiculopathy  ☐ Facet Syndrome  ☐ Pain management    ☐ Inflammatory arthritis    ☐ Painful neuropathy    ☐ Diagnostic Block

**EMG & NCV:** (May need pre-approval)   ☐ UPPER EXTREMITIES.   ☒ LOWER EXTREMITIES    ☐ OTHER:

To evaluate for: ☐ Radiculopathy  ☐ CTS  ☐ Myopathy  ☐ Neuropathy  ☐ Check for radiculopathy prior to Facet Block    ☐ Other:

**RADIOLOGIC WORK UP:** (May need pre-approval)
MRI of: LS    **X-Ray of:** LS w/obl    Other:

R/O ☐ HNP  ☐ Int. Derange  ☐ Other    R/O ☐ Fracture  ☐ O.A.  ☐ Bone pathology    R/O

**LAB WORK UP:**   ☐ CBC    ☐ Sed Rate    ☐ EKG baseline    ☐ UA    ☐ Other:

☐ Blood Chem    ☐ Arthritis profile    ☐ LFT    ☐ Urine Toxicology    ☐ Other:

**ORTHOSES & EQUIPMENT**

| ☐ TENS UNIT | ☐ Insoles | ☐ Cock-Up Splint | ☐ Wrist Brace |
|---|---|---|---|
| ☐ C-Collar | ☐ Cane | ☐ Knee Brace | ☐ Elbow cuff |
| ☐ Ls Orthosis | ☐ Walker | ☐ Ankle Brace | ☐ Electrical Stimulator |

| MEDS | STRENGTH | DOSE | Rx# | X | MEDS | STRENGTH | DOSE | Rx# | X |
|---|---|---|---|---|---|---|---|---|---|
| ☐ RELAFEN ☐ NAPROSYN | | | | | ☐ KADIAN | | | | |
| ☐ ULTRAM ☐ CELEBREX | | | | | ☐ METHADONE | | | | |
| ☐ SOMA ☐ FLEXERIL ☐ SKELAXIN | | | | | ☐ OXYCONTIN | | | | |
| TYLENOL ☐ #3  ☐ #4 | | | | | ☐ OXYCODONE ☐ OXY-IR | | | | |
| ☐ HYDROCODONE ☐ VICODIN | | | | | ☐ FENTANYL PATCH | | | | |
| ☐ COMBUNOX ☐ PERCOCET | | | | | ☐ MSIR ☐ MSCONTIN | | | | |
| ☐ ELAVIL ☐ DESIPRAMINE | | | | | | | | | |
| ☐ CELEXA ☐ ZOLOFT | | | | | | | | | |
| ☐ LIDOCAINE PATCH | | | | | | | | | |
| ☐ NEURONTIN ☐ LYRICA | | | | | | | | | |
| ☐ ULTRACET | | | | | ☐ SIGN PAIN MANAGEMENT AGREEMENT   ☐ Has Meds | | | | |

**CONSULTATION:**   Dr:    Specialty:    (May need pre-approval)

☐ EM _____    ☐ Two weeks EM    ☐ EM following PT course (w/PTeval/ADL/ROM, if applies)

☐ EM ASAP for _____    ☒ With records  HR  WCM received

☐ EM for **Pain Management/Meds in** _____    ☐ Schedule QV for Meds every _____ x _____

☐ Continue visits as previously planned    ☐ Return PRN    ☐ Discharge

☐ INSTRUCT the patient to fill a RESPONSE TO PAIN MEDICATION "take home" chart _____ days prior to the next visit.

Medication to be charted: 1-    2-    3-    4-

It is my professional opinion that the above plan is medically necessary to provide appropriate care for this patient.

GLADYS CARDENAS, M.D.

Form 300 PLAN PAGE revised 2/13/2006    DR. NAME AND SIGNATURE

PT ORDERS AND Dx.  WC/NF  N,  Pt: Walker, Livingston    DATE: 1/10/07

PT ___3___ X week for ___4___ WEEKS

AQUATIC (Rye ONLY) PT _____x/week    Symptomatic _____ x _____ for

For reference WC units assigned per modality are in ( )

Internal use: 8 Units    PT ⊗ MD ◯ DRY ◯ AQUA

| PASSIVE MODALITIES | Area#1 | Area#2 | Area3 |
|---|---|---|---|
| ☐ 97010 Hot Packs(2) | ✓ | | |
| ☐ 97032 Electrical Stim (2.5) | ✓ | | |
| ☐ 97035 Ultrasound(2.5) | ✓ | | |
| ☐ 97018 Paraffin Bath(2.5) | | | |
| ☐ 97124 Massage (2.5) | | | |

Passive used for:
☐ Inflammatos/oedema
☐ Spasm
☐ Soften scars
☐ Prepare for exercise
☐ Joint Pain
☐ Arthritic condition
☐ Joint Pain

☐ Progress PT as tolerated
☐ PRN modalities
☐ Pre-post PT Ice PRN

| Diagnosis | EM | PT | Procedure |
|---|---|---|---|
| Lumbosacral s/s | ✓ | ✓ | |
| (R) Lumbosacral rad | | | |
| | | | |
| | | | |

For billing purpose, check if diagnosis is related to PT program and/or MI visit and/or procedure ordered (specify procedure)

GLADYS CARDENAS, M.D.

PHYSICIANS NAME and SIGNATURE

| PT SHORT TERM GOALS | PT LONG TERM GOALS |
|---|---|
| ☐ ↑Functional Performance | ☐ Max Function |
| ☐ ↑ROM | ☐ Max ROM |
| ☐ ↑Strength | ☐ Max Strength |
| ☐ ↓Pain | ☐ Pain level 0 |
| ☐ Symptomatic benefit | ☐ Symptomatic benefit |
| ☐ Per PT evaluation | ☐ Per PT evaluation |

**97140 Manual Therapy**
☐ Soft Tissue Mobilization (MFR)(4)
☐ Joint Mobilization(4)
☐ Manipulation(4)  ☐ Manual Traction (4)

Manual used to:
☐ ↓Shortened tissue
☐ ↑ Fluid exchange
☐ Mobilize tissue w/edema
☐ Mobility

**97530 Functional Activities**
☐ Trunk activities to ↑Bending
☐ UE / LE  activities to ↑ Carrying
☐ UE / LE activities to ↑Reaching
☐ UE activities to ↑Object Manipulation
☐ Activities to improve transfers
☐ Other:

☐ Activities to promote safe ambulation
☐ Activities to improve stair negotiation
☐ Other activities to improve function:
☐ Cervical activities to improve head turning
☐ Activities to improve bed mobility
(2.5 per 15 minutes)

**97113 AQUATIC**
RYE ONLY PLEASE !!!
☐ Core exercise
☐ No Jets

☐ UE exercise
☐ Walk only
☐ Progressive Jets

☐ LE exercise
☐ Progress to run

Used to : ☐ ↑ ROM
☐ ↑ Strength
☐ ↑ Endurance

**97112 Neuro-Muscular Re-Education**
☐ Cervical Stabilization
☐ Trunk  Stabilization
☐ Upp. Extr. Re-Education
☐ Low. Extr. Re-Education
☐ Proprioceptive Neuromuscular facilitation
☐ Balance
☐ Coordination
☐ Desensitization
(3.5 per 15 minutes)

Used to:
☐ ↑Kinesthetic Sense
☐ ↑CS Posture
☐ ↑TS Posture
☐ ↑LS Posture
☐ ↑Proprioception
☐ ↑Standing Balance
☐ ↑Gross Coordination
☐ ↑Fine Coordination
☐ ↑Muscle Tone
☐ ↑Muscle Tone

**TAPING**
| 29240 ☐Shoulder | 29260 ☐Elbow ☐Wrist | 29280 ☐Hand/Finger | 29220 ☐Low back |
| 29520 ☐Hip | 29530 ☐Knee | 29540 ☐Ankle | ( 0 2-0.3 Surgical units) |

**THERAPEUTIC EXERCISE**

**97110 Therapeutic Exercise**

ROM exercises
☐ AROM
☐ AAROM
☐ PROM

STRETCH exercises
☐ Active
☐ Assistive
☐ Prolonged static

NON RESISTED
strengthening
☐ CS    ☐ TS/LS
☐ UE    ☐ LE

CARDIOVASCULAR
☐ Bike   ☐ Tread-Mill   ☐ UBE
☐ Cardiovascular work

ISOMETRIC exercises
☐ CS
☐ TS/LS
☐ UE
☐ LE

ABDOMINAL strengthening
☐ Pelvic Tilt
☐ Crunches

HAND exercises
☐ ROM
☐ Strengthening

☐ Warm-up/Cool-down
LIMIT to_____ % of Max HR for Age (=220 – age / %)

ISOTONIC strengthening
☐ Thera-band
☐ Dumb-bells
☐ Ankle Weights

CIRCUIT ☐ Full Circuit
☐ Cable Column
☐ Back Extension
☐ Resisted Crunch
☐ Multi Hip
☐ Leg Press
☐ Leg Curl
☐ Leg Extension

☐ Strength extremities

(3.5 per 15 min)

**97537 Reintegration**
☐ Community   ☐ Work   Specific Function: _____ (3)

**97535 Self Care**
Specific Need:  ☐ HEP   ☐ Maintenance  ☐ other: _____ (3)
(Max 6 sessions)   & follow: _____ x _____ weeks/months

Form 301-01 WC NF PT Orders and Dx revised 2/13/2006

☐ CHECK  BP & PULSE  PRE-POST THERAPY
☐ CARDIAC PRECAUTIONS

☐ CHECK BODY WEIGHT ____ X per Week.
☐ HIP PRECAUTIONS

☐ FALL PRECAUTIONS
☐ SEIZURE PRECAUTIONS

| ROM/MMT/PT evaluation: | ☐ PT Evaluation | ☐ ROM MMT Baseline | ☐ ROM MMT prior to FU | ☐ FCE | |
|---|---|---|---|---|---|
| ROM ☐ CS ☐Trunk | Shoulder ☐R - ☐L | Elbow ☐R - ☐L | Wrist ☐R - ☐L | Hip ☐R - ☐L | Knee ☐R - ☐L | Ankle  ☐R - ☐L | Hand ☐R ☐L  ☐R 1 2 3 4 5 ☐L 1 2 3 4 5 |
| MMT ☐ CS/UE ☐Trunk /LE | Shoulder ☐R - ☐L | Elbow ☐R - ☐L | Wrist ☐R - ☐L | Hip ☐R - ☐L | Knee ☐R - ☐L | Ankle  ☐R - ☐L | Hand ☐R ☐L  ☐R 1 2 3 4 5 ☐L 1 2 3 4 5 |
| | | Grip ☐R - ☐L | Pinch ☐R - ☐L | | | Toe ROM ☐R 1 2 3 4 5  ☐L 1 2 3 4 5 | ↑Digits Only↑ |

PLAN PAGE

| | |
|---|---|
| PATIENT: _Walker, Livingston_ | DATE: _3/5/07_ |

PT: ___ X week for ___ WEEKS   ___ Water (Rye only)   SYMPTOMATIC (WC/C ONLY): _____ X _____ for _____

☐Continue Physical Therapy   ☐PT evaluation   ___ PT visits for HEP instruction (max 6)   ☐HEP

☐Discontinue PT ☐Hold PT   ☐PT close to home/IC OK'd facility   ☐FCE followed by EM w/FCE   ☐ADL & Functional Evaluation

See PT Order and Diagnosis page for details of PT orders, PT goals and precautions

**INJECTIONS:** (May need pre-approval)

☐Trigger Point_____   Series of # ____   Start _____ A S A P   Interval _____ weeks

☐Tendon/lig/Ganglion/Fascia_____   Medicare Carpal/Tarsal   Series of # ____   Start _____ A S A P   Interval _____ weeks

☐Peripheral Nerve _____   Series of # ____   Start _____ ASAP   Interval _____ weeks

☐Joint/Bursa _____   Series of # ____   Start _____ ASAP   Interval _____ weeks

☐*Paravertebral (Transforaminal) _____   Series of # ____   Start _____ ASAP   Interval _____ weeks (2 min)

☐*Facet Block, Level _____   Series of # ____   Start _____ ASAP   Interval _____ weeks (2 min)

☐*Epidural/Caudal, Level _____   Series of # ____   Start _____ ASAP   Interval _____ weeks (2 min)

* Necessity: ☐Painful radiculopathy   Facet Syndrome ☐Pain management   Inflammatory arthritis   Painful neuropathy   ☐Diagnostic Block

**EMG & NCV:** (May need pre-approval)   UPPER EXTREMITIES.   LOWER EXTREMITIES   OTHER: _____

To evaluate for: ☐Radiculopathy   ☐CTS ☐Myopathy ☐Neuropathy   ☐Check for radiculopathy prior to Facet Block   ☐Other:

**RADIOLOGIC WORK UP:** (May need pre-approval)   Other:

MRI of:   X-Ray of:

R/O ☐HNP ☐Int Derange ☐Other   R/O ☐ Fracture ☐ O.A. ☐ Bone pathology   R/O

**LAB WORK UP:** ☐ CBC   ☐ Sed Rate   ☐ EKG baseline   ☐ UA   ☐ Other:

☐ Blood Chem   ☐ Arthritis profile   ☐ LFT   Urine Toxicology   ☐ Other:

**ORTHOSES & EQUIPMENT**

☐ TENS UNIT   ☐ Insoles   ☐ Cock-Up Splint   ☐ Wrist Brace   ☐

☐ C-Collar   ☐ Cane   ☐ Knee Brace   ☐ Elbow cuff

☐ Ls Orthosis   ☐ Walker   ☐ Ankle Brace   ☐ Electrical Stimulator

| MEDS | STRENGTH | DOSE | Rx # | X | MEDS | STRENGTH | DOSE | Rx# | X |
|---|---|---|---|---|---|---|---|---|---|
| ☐RELAFEN ☐NAPROSYN | | | | | ☐KADIAN | | | | |
| ☐ULTRAM ☐CELEBREX | | | | | ☐METHADONE | | | | |
| ☐SOMA ☐FLEXERIL ☐SKELAXIN | | | | | ☐OXYCONTIN | | | | |
| TYLENOL ☐#3  ☐#4 | | | | | ☐OXYCODONE ☐OXY-IR | | | | |
| ☐HYDROCODONE ☐VICODIN | | | | | ☐FENTANYL PATCH | | | | |
| ☐COMBUNOX ☐PERCOCET | | | | | ☐MSIR ☐MSCONTIN | | | | |
| ☐ELAVIL ☐DESIPRAMINE | | | | | | | | | |
| ☐CELEXA ☐ZOLOFT | | | | | | | | | |
| ☐LIDOCAINE PATCH | | | | | | | | | |
| ☐NEURONTIN ☐LYRICA | | | | | | | | | |
| ☐ULTRACET | | | | | ☐ SIGN PAIN MANAGEMENT AGREEMENT   ☐ Has Meds | | | | |

CONSULTATION:   Dr:   Specialty:   (May need pre-approval)

☐ EM _____   ☐Two weeks EM   ☐EM following PT course(w/PTeval/ADL/ROM, if applies)

☐ EM ASAP for _____   ☐With records _____

☐ EM for Pain Management/Meds in _____   ☐Schedule QV for Meds every _____ x _____

☐ Continue visits as previously planned   ☐Return PRN   ☐Discharge

☐ INSTRUCT the patient to fill a RESPONSE TO PAIN MEDICATION "take home" chart ____ days prior to the next visit.

Medication to be charted: 1- _____   2- _____   3- _____

It is my professional opinion that the above plan is medically necessary to provide appropriate care for this patient.

GLADYS CARDENAS, M.D.

Form 300  PLAN PAGE  revised 2/13/2006   DR. NAME AND SIGNATURE

# LS and LOWER BODY PAIN CHART-VAS

CASE:  WC

LAST NAME:  Walker

FIRST NAME:  Livingston

| | 1/8/07 | 1/10/07 | 1/12/07 | 1/17/07 | 1/19/07 | 1/24/07 | FU 1/29/07 | 2/28/07 | EM 2/5/07 | 3/28/07 | FU 4/2/07 | PT 4/4/07 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ➤ LOW BACK PAIN | 8 | 9 | 8 | 6 | 6 | 6 | 6 | 5 | 5/6 | 1 | 2 | 2 |
| ➤ Pain travels down the Right leg w/ numbness | 8 | 9 | 8 | 6 | 6 | 6 | 5 | 5 | 6 | 0 | 0 | 0 |
| ➤ Pain travels down the Left Leg | | | | | | | 0 | 5 | 5/1 | 1 | 1 | 3 |
| ➤ Tingling or numbness in the Right leg | | 8 | 6 | 6 | 6 | 6 | 0 | 5 | 0 | 0 | 2 | 2 |
| ➤ Tingling or numbness in the Left Leg | X | 8 | 6 | 6 | 6 | 6 | 0 | 0 | 0 | 0 | 0 | 0 |
| ➤ Right foot numbness or tingling | X | | | | | | 0 | 0 | 0 | 0 | 0 | 0 |
| ➤ Left foot numbness or tingling | X | | | | | | 0 | 0 | 0 | 0 | 0 | 0 |
| ➤ Right HIP THIGH pain | | | | | | | | | | | | |
| Left HIP THIGH pain | | | | | | | | | | | | |
| Right KNEE LEG pain | | | | | | | | | | | | |
| Left KNEE LEG pain | | | | | | | | | | | | |
| Right ANKLE FOOT pain | | | | | | | | | | | | |
| Left ANKLE FOOT pain | | | | | | | | | | | | |

NO PAIN or
NO PROBLEM

0  1  2  3  4  5  6  7  8  9  10

SEVERE PAIN or
SEVERE PROBLEM

FORM 110 PAIN CHART REVISED 2/13/2006



**Gladys Cardenas MD**
**200 South Ridge St.**
**Rye Brook, NY 10573**

**April 11, 2007**

ppointment List for Livingston Walker, #3133 Case#1
te range: 04/11/2007 -> 05/09/2007

| | | |
|---|---|---|
| ednesday April 11, 2007 | 3:50pm | WC PT |
| iday April 13, 2007 | 4:00pm | WC AO | *Cancel* |
| onday April 16, 2007 | 4:00pm | WC PT |
| ednesday April 18, 2007 | 5:30pm | WC AO |
| iday April 20, 2007 | 3:50pm | WC PT |
| onday April 23, 2007 | 4:00pm | WC PT |
| ednesday April 25, 2007 | 4:00pm | WC AO |
| iday April 27, 2007 | 4:00pm | WC PT |
| ednesday May 2, 2007 | 4:00pm | WC PT FU |
| iday May 4, 2007 | 4:00pm | WC FU |
| ednesday May 9, 2007 | 5:30pm | WC AO |

**Gladys Cardenas MD**
**200 South Ridge St.**
**Rye Brook, NY 10573**

**April 11, 2007**

ppointment List for Livingston Walker, #3133 Case#1
mpleted appts only: Date range: 01/03/2007 -> 04/11/2007

| | | |
|---|---|---|
| ..day January 8, 2007 | 5:30pm | Paul Walker WC treatment |
| .nesday January 10, 2007 | 5:00pm | PT IV /WC |
| ..day January 12, 2007 | 5:40pm | PT/WC |
| .nesday January 17, 2007 | 5:10pm | PT/WC |
| ..day January 19, 2007 | 5:30pm | PT/WC |
| .nesday January 24, 2007 | 5:40pm | PT/WC |
| ..day January 29, 2007 | 5:45pm | WC EM--2 WEEK |
| ..day February 28, 2007 | 4:40pm | PT/WC |
| ..day March 5, 2007 | 6:00pm | EM/WC review  MRI results schedule ROM & |
| .nesday March 14, 2007 | 6:00pm | WC/AQUA |
| .nesday March 28, 2007 | 5:30pm | WC PT FU |
| ..day April 2, 2007 | 4:30pm | WC FU |
| .nesday April 4, 2007 | 6:00pm | AQUA/WC |
| ..day April 9, 2007 | 3:50pm | WC PT |
| .nesday April 11, 2007 | 3:50pm | WC PT |

# RYE
# RADIOLOGY
# ASSOCIATES, LLP

FILED IN PAPER CHART

DIAGNOSTIC RADIOLOGY and BREAST IMAGING CENTER
#80511

February 28, 2007

Gladys Cardenas, MD
200 S. Ridge St.
Rye Brook, NY 10573

Re:  Walker, Livingston
DOB: 08/21/55

Dear Dr. Cardenas:

**LUMBOSACRAL SPINE MRI**

Examination was performed with 5mm sagittal fast spin echo T2
weighted images, 5mm T1 weighted images in sagittal projection
and 5mm axial T1 weighted images and 5mm fast spin echo T2
weighted images with additional in and out-of-phase sagittal
images.

There is normal marrow signal present.  There is desiccation of
the L5-S1 disc with some mild posterior spur formation and
bulging of the annulus.

At L1-2, L2-3 and L3-4, there is no significant bulging of the
annulus.  No disc herniations, no spinal stenosis is seen.

At L4-5, there is minimal bulging of the annulus present.  No
disc herniations are present.  Mild ligamentum flavum
hypertrophy is seen.

At L5-S1, there is bulging of the annulus diffusely.  No spinal
stenosis is seen.  Ligamentum flavum hypertrophy is also noted
at this level.

Continued on page -2-

DIANE C. LoRUSSO, M.D.                    GAIL A. CALAMARI, M.D.

30 RYE RIDGE PLAZA    RYE BROOK, NY 10573    Tel 914/253-9200    Fax 914/253-8827
www.ryeradiology.com



# RYE
# RADIOLOGY
# ASSOCIATES, LLP

DIAGNOSTIC RADIOLOGY and BREAST IMAGING CENTER

Gladys Cardenas, MD                    02/28/07

Page:     2                    Re:  Walker, Livingston


**IMPRESSION:**

Degenerative disc changes at L5-S1.  No evidence of disc herniation.

Diffuse disc bulge at L4-5 and to a greater degree at L5-S1.

Ligamentum flavum hypertrophy at L4-5 and L5-S1.

                              Sincerely yours,


                              Diane C. LoRusso, MD

DCL/feh
D: 02/28/07    T: 03/01/07

# RYE
# RADIOLOGY
# ASSOCIATES, LLP

FILED IN PAPER CHART

DIAGNOSTIC RADIOLOGY and BREAST IMAGING CENTER

#80511

3/13/07

Gladys Cardenas, M.D.
200 South Ridge Street
Rye Brook, NY 10573

RE:  Walker, Livingston
DOB: 08/21/55

Dear Dr. Cardenas:

**LUMBOSACRAL SPINE X-RAYS**

History:  Low back pain.

Four different images of the lumbosacral spine reveal the
interlumbar disc spaces to be preserved.  No evidence of
fracture or destructive bony change is seen.  The alignment of
the lumbosacral segments is satisfactory.  The paravertebral
soft tissues are unremarkable.

**IMPRESSION:**

Unremarkable lumbosacral spine study.

Sincerely yours,

Mark W. Fenzl, M.D.

MWF/jb
D: 3/13/07     T: 3/13/07

DIANE C. LoRUSSO, M.D.           GAIL A. CALAMARI, M.D.

30 RYE RIDGE PLAZA    RYE BROOK, NY 10573    Tel 914/253-9200    Fax 914/253-8827
www.ryeradiology.com



**Westchester Medical Center**
**Maria Fareri Children's**
**Hospital (914)493-7000**

| | |
|---|---|
| ...ient Name : LIVINGSTON WALKER | Date of Service : 11/14/2006 |
| Age : 51YRS   Sex : M | Medical Record # : 1265623 |

Follow up with  Dr. In                         1     Day (s)

ED Phy :   Jarvis, Edward
Private Physician

ED Nurse :  McGowan, Jean

Referral

My signature below indicates that I have received and understood the oral instructions regarding my medical problem.  I acknowledge receipt of this written instruction sheet, which I will read and review.  I arrange for follow up care indicated above.

Patient or Legal Guardian signature

For   LIVINGSTON WALKER,                    Tuesday, November 14, 2006      17:36

Copyright by Alpha Physician Resources, 2004                                            dx_instr

RETURN TO THIS ADDRESS WITHIN 5 DAYS/     ...ING INSURANCE COVERAGE UNDER A WORKERS'
**Hospital Receivables Systems, Inc.**     ...R AUTOMOBILE (MEDICAL PAYMENT) POLICY
PO Box 907
Hicksville, NY 11802-0907

...vables Systems, Inc. to assist it in billing and securing payment from ...als injured in the course of their employment) and automobile insurers (in the case of individuals injured through the use or operation of an automobile). In order to ensure that the insurance company is timely and correctly billed, thereby ensuring their consideration of your bill for services rendered by the hospital, it is imperative that you complete and return this form to Hospital Receivables Systems, Inc. If you have any questions or require assistance, call Hospital Receivables Systems, Inc at (516) 227-6330. This form can also be faxed to (516) 227-6342.

Patient Name: LIVINGSTON WALKER     Date of Birth: 8/21/55
Patient Address:     Social Security #: 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
70 PEARL STREET     Home Telephone #: 203-981-0595 (cell)
PORT CHESTER, N.Y. 10573     Work Telephone #: 914-762-6660
Name of Employer: Local 137 Operating Engineers     Dispatched To George A. Fuller, Co., Inc
Address of Employer: 1360 Pleasantville Road     115 Stevens Avenue
Bernardsville Manor, NY 10510     Valhalla, NY 10595

For Automobile No-Fault Insurance Claims:     **PER NYS LAW, ALL NO-FAULT BILLS MUST BE SUBMITTED WITHIN 45 DAYS FROM THE DATE OF SERVICE. PLEASE RESPOND PROMPTLY. FAX TO (516)227-6342.**

Name of Insurance Carrier : _____
Address of Insurance Carrier: _____

_____     Telephone #: _____
Name of Insured: _____     Policy #: _____
Address of Insured: _____     Claim #: _____
     Date of Accident: _____

For Workers' Compensation Claims:

Name of Compensation Carrier : _____     Policy #: _____
Address of Insurance Carrier:
_____     Claim #: _____
     Telephone #: _____
WCB Case # _____     Date of Accident: _____
Do you have an attorney? _____ Yes _____ No
If yes:
Name and address of Attorney: _____     Telephone # _____

## ASSIGNMENT OF BENEFITS (NO-FAULT ONLY)

I, _____, ("Assignor") hereby assign to the above provider, ("Assignee") all rights and privileges and remedies to which I am entitled under Article 51 (the No-Fault provisions) of the Insurance Law.

The Assignee hereby certifies that they have not received any payment from or on behalf of the Assignor and shall not pursue payment directly from the Assignor for services provided to said Assignee for injuries sustained due to the motor vehicle accident which occurred on the above date, notwithstanding any prior written agreement to the contrary.

This agreement shall become null and void if at any time it is determined that the benefits are not payable due to the following circumstances: lack of coverage, violation of a policy condition, or determination that the treatments/services rendered are not related to said motor vehicle accident.

In consideration of the services rendered by Westchester Medical Center, I hereby authorize payment to be made directly to the hospital of any insurance benefit due.

Dated: _____     Signed: _____

## AUTHORIZATION TO RELEASE MEDICAL INFORMATION

I authorize the hospital to release any medical information to the insurance carrier in order for the carrier to process my claim for benefits.

Dated: _____     Signed: _____

**Maria Fareri Children's**
**Hospital (914)493-7000**

---

...ent Name : LIVINGSTON WALKER                    Date of Service :  11/14/2006

Age : 51YRS    Sex :  M                            Medical Record # :  1265623

---

## AFTERCARE INSTRUCTIONS
-------------------------------------------------------------

**Important: The emergency medical care you received today has been directed towards treatment of your acute condition. Such treatment is not meant to be a substitute for your continuing, comprehensive health care. You must therefore contact your doctor, or the doctor whose name was given today, and let him/her know about your problem today, and the testing and/or treatment you received. That doctor should see you in for a follow-up visit and reevaluate your condition and overall health, with special attention to a review of any lab tests, images, or EKGs done today. If you had any specialized tests, such as EKG's or X-Rays, they will be reviewed and you will be contacted if there is any additional information.**

**...e want to make sure you were happy with the care in the Emergency Department today. You will receive a Survey in the mail. Please mail it back, even if it is just to tell us you were happy - we need to know! And, if you were unhappy with the care, also tell us on the survey, or call the Patient Representative Office at any time.**

After leaving the Emergency Department, follow the instructions below.

 ?BDOMINAL PAIN:
 ...ur examination today has not revealed the exact cause of your abdominal pain. Since abdominal pain can be caused by many different things that may not be apparent right now, further examination, lab tests, ultrasound, or CT scans may be needed. Please follow up with your doctor, or doctor whose name was given to you today, for further evaluation as instructed. You will need to speak to your doctor or return to the emergency room at once if you have any of the following symptoms:
    * Increasing pain, or constant pain, especially if it is on the right side.
    * Pain that is not improved in 24 hours.
      New, or increased loss of appetite.
      Repeated vomiting or dehydration.
    * A high fever, weakness, or fainting.
    * Black or bloody stools.
    * Bloody urine, frequent or painful urination, or decreased urination.
    * In women, abnormal bleeding or discharge from the vagina.

Your symptoms should improve within one day, and not worsen. You should be able to walk without pain, and although you may have occasional pain, it should not be present all the time. You should soon be able to drink fluids without vomiting.

You should remain at rest until your pain improves. You may drink clear liquids if you do not have nausea or vomiting. You can increase your activity and begin to eat solid foods as your symptoms improve.

Take the prescribed medication, if any, as directed. All medications have potential side effects, including drowsiness. Don't drive or operate machinery until you have made sure drowsiness is not a side effect; check 'h your pharmacist and read about each medication prior to taking it.

---

For   LIVINGSTON WALKER,                    Tuesday, November 14, 2006      17:36

Copyright by Alpha Physician Resources, 2004                                      dx_instr

STATE OF NEW YORK - WORKERS' COMPENSATION BOARD

## EMPLOYER'S REPORT OF WORK-RELATED ACCIDENT/OCCUPATIONAL DISEASE

Send this notice directly to the Chair, Workers' Compensation Board at the address shown on the reverse side within ten (10) days after an accident occurs ANSWER ALL QUESTIONS FULLY. A copy should also be provided to or retained by your workers' compensation insurance carrier.

Any employer who fails to timely file Form C-2, as required by Section 110 of the Workers' Compensation Law, is subject to a fine of not more than $1,000. In addition, the Board or Chair may impose a penalty of up to $2,500.

TYPEWRITER PREPARATION IS STRONGLY RECOMMENDED - INCLUDE ZIP CODE IN ALL ADDRESSES-EMPLOYEE'S S.S.NO. MUST BE ENTERED BELOW.

| WCB CASE NO.(If Known) | CARRIER CASE NO. | CARRIER CODE NO. | WC POLICY NO. | DATE OF ACCIDENT | EMPLOYEE'S S.S. NO. |
|---|---|---|---|---|---|
| | | W | WC 128-24-27 | 11 14 06 | 072 52 5798 |

**1 (a) EMPLOYER'S NAME**
George A. Fuller Co.

**(b) EMPLOYER'S MAILING ADDRESS**
115 Stevens Ave., Valhalla, NY 10595

**(c) OSHA CASE/FILE NO**

**(d) LOCATION (If Different From Mailing Address)**

**(e) NATURE OF BUSINESS (Principal Products, Services, etc.)**

**(f) NY UI EMPLOYER REG. NO**

**(g) FEIN - if UI Emp Reg. No. Unknown**

**2.(a) INSURANCE CARRIER**
AIG Companies

**(b) CARRIER'S ADDRESS**
NY, NY

**3.(a) INJURED EMPLOYEE (First, M.I. Last)**
LIVINGSTON WALKER

**(b) ADDRESS (Includes No. & Street, City, State, Zip & Apt. No.)**
70 PEARL ST. PORT CHESTER, NY 10573

**4 (a) ADDRESS WHERE ACCIDENT OCCURRED**
221 MAIN ST. WHITE PLAINS NY 10601

**(b) COUNTY**
WESTCHESTER

**(c) WAS ACCIDENT ON EMPLOYER'S PREMISES?** ☑ Yes ☐ No

**5. HOUR EMP. BEGAN WORK** 11 ☐ AM ☑ PM

**6. TIME OF ACCIDENT** 12:7 P ☐ AM ☑ PM

**7. DEPT. WHERE REGULARLY EMPLOYED**
TOWER "A" HOIST

**(a) DATE STOPPED WORK BECAUSE OF THE INJURY/ILLNESS** 11 14 06

**(b) WAS EMPLOYEE PAID IN FULL FOR DAY?** ☑ Yes ☐ No

**9 SEX** ☑ Male ☐ Female

**10. DATE OF BIRTH** 03 21 55

**11.OCCUPATION (Specific job title at which employed)**
HOIST OPERATOR

**12. DATE HIRED** 05 08 06

**13.(a) AVERAGE EARNINGS PER WEEK?** $2,500.00

**(b) TOTAL EARNINGS PAID DURING 52 WEEKS PRIOR TO DATE OF ACCIDENT (Include bonuses, overtime, value of lodging, etc.** $ .00

**14. (a) EMPLOYEE IS:** ☐ Full Time ☐ Part Time

| (b) INJURED EMPLOYEE'S WORK WEEK (Check days usually worked.) | | | | | | |
|---|---|---|---|---|---|---|
| Mon | Tue | Wed | Thu | Fri | Sat | Sun |

**15. NATURE OF INJURY AND PART(S) OF BODY AFFECTED**
TORSO

**16.(a) DID YOU PROVIDE MEDICAL CARE?** ☑ Yes ☐ No

**(b) IF YES, WHEN?** IMMEDIATELY

☑ OXYGEN EMS

**17. WAS EMPLOYEE TREATED IN AN EMERGENCY ROOM?** ☐ Yes ☑ No

**18. WAS EMPLOYEE HOSPITALIZED OVERNIGHT AS AN IN-PATIENT?** ☑ Yes ☐ No

**19 (a) NAME AND ADDRESS OF DOCTOR**
MD ON DUTY

**(b) NAME AND ADDRESS OF HOSPITAL**
WESTCHESTER MEDICAL CENTER
VALHALLA, NY 10595

**20. (a) HAS EMPLOYEE RETURNED TO WORK?** ☑ Yes ☐ No

**(b) IF YES, GIVE DATE:** 11 18 06 SAME

**(c) AT WHAT WEEKLY WAGE?** $ .00

NOTE: FORM C-11 MUST BE FILED EACH TIME THERE IS A CHANGE IN EMPLOYMENT STATUS

**21. WHAT WAS EMPLOYEE DOING WHEN INJURED?** (Please be specific. Identify tools, equipment or material the employee was using.)
OPERATING HOIST (LOADING)

**22. HOW DID THE ACCIDENT OR EXPOSURE OCCUR?** (Please describe fully the events that resulted in injury or occupational disease. Tell what happened and how it happened. Please use separate sheet if necessary.)
MOTORIZED MORTAR BUGGY ENTERED HOIST AND PINNED L. WALKER TO BACK OF HOIST

**23. OBJECT OR SUBSTANCE THAT DIRECTLY INJURED EMPLOYEE.** e.g., the machine employee struck against or which struck him/her, the vapor or poison inhaled or swallowed, the chemical that irritated his/her skin. In cases of strains, the thing (s)he was lifting, pulling, etc.

**24. (a) DATE OF DEATH**

**(b) NAME AND ADDRESS OF NEAREST RELATIVE**
LINDA WALKER - SAME

**(c) RELATIONSHIP**
WIFE

**DATE EMPLOYER/SUPERVISOR FIRST KNEW OF INJURY** 11 14 06

**DATE OF THIS REPORT** 12 27 06

IF FORM IS SUBMITTED BY EMPLOYER, COMPLETE A & B BELOW.
IF FORM IS SUBMITTED BY THIRD PARTY, COMPLETE A,B,C & D BELOW.

**A. EMPLOYEE PREPARING FORM OR SUPPLYING INFORMATION TO THIRD PARTY**

**B TITLE**

**TELEPHONE NUMBER & EXTENSION**

**C. IF REPORT PREPARED BY THIRD PARTY. COMPANY NAME AND ADDRESS**

**D. THIRD PARTY CONTACT NAME**

**TELEPHONE NUMBER & EXTENSION**

C-2 (2-04)    C-2    C-2    C-2    C-2    C-2

# OFFICIAL NEW YORK STATE PRESCRIPTION

KENNETH E FOX MD
104 EAST 40TH STREET
SUITE 807
NEW YORK, NY 10016
(212) 304-1950
LIC: 6Q-187830

PRACTITIONER DEA NUMBER  BF1808156

Patient Name _____  Date _____
Sex  M / F
Address _____  Age _____
City _____  State _____  Zip _____

Rx

Prescriber Signature _____

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'daw' IN BOX BELOW

Dispense As Written

REFILLS
PHARMACIST SUBSTITUTES

0FB5CL 23

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF WESTCHESTER      )

Catherine McEvily, being duly sworn, says:

I am not a party to the action, am over 18 years of age and reside at Larchmont, New York.

On November 14, 2007 I served a true copy of the annexed **RULE 26 DISCLOSURE**, by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressees as indicated below:

To:  I. Paul Howansky, Esq.
     HARRINGTON, OCKO & MONK, LLP
     Attorneys for Defendants
     LC MAIN, LLC and ROGER & SONS CONCRETE, INC.
     81 Main Street, Suite 215
     White Plains, New York 10601
     (914) 686-4800

                                        Catherine McEvily
                                    _____
                                        Catherine McEvily

Sworn to before me this
14th day of November, 2007.

_____
        Notary Public

Z:\Katie\WP\Marion, Carisa\AFOS Rule 26 wpd