# Harrington, Ocko & Monk

A LIMITED LIABILITY PARTNERSHIP
Attorneys at Law

| White Plains Office | | New York City Office |
|---|---|---|
| 81 Main Street – Suite 215 | | 52 Duane Street, 7th Floor |
| White Plains, NY 10601 | | New York, NY 10007 |
| Tel: (914) 686-4800 | | Tel: (212) 227-8004 |
| Fax: (914) 686-4824 | | |

I. Paul Howansky
e-mail: phowansky@homlegal.com

Reply to White Plains Office



August 14, 2008



(Via Facsimile 212-805-6712)
Kevin Nathaniel Fox
U.S. Magistrate Judge
United States District Court
Southern District of New York
40 Centre Street, Room 540
New York, NY 10007

Re: Walker, et. al. v. LC Main, LLC, et. al
Docket No.: CV –07 7089 (PKL)(KNF)
Our File No.: 025-2239

Dear Judge Fox:

We represent the defendants in this matter. We are writing to request an adjournment of the August 20, 2008 settlement conference due to the unavailability of interested parties. The parties have conferred and jointly request that the conference be held on either October 8, 2008 or October 15, 2008.

Thank you for your courtesies in this matter.

Very truly yours,

I. Paul Howansky (IH-7250)

*[Handwritten endorsement:]* 8/18/08 Application granted. The settlement conference will be held on October 15, 2008, at 10:30 a.m., in Courtroom 20A. SO ORDERED: Kevin Nathaniel Fox, U.S.M.J.

IPH/sp

cc: (via facsimile 914-684-9108)
Michael A. Savino, Esq.
Bailley and McMillan, LLP
Attorneys for Plaintiffs
244 Westchester Avenue, Suite 410
White Plains, New York 10604